B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**InnoVida Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA COEG, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-4540305** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**470 NE 185 St**<br>**No. Miami Beach, FL**<br>ZIP Code **33179** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Mark S. Meland, Receiver**<br>**Meland Russin & Budwick, PA**<br>**200 S. Biscayne Blvd., Ste 3000**<br>**Miami, FL**<br>ZIP Code **33131** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                      **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**InnoVida Holdings, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Claudio Eleazar and Amarilis Osorio** | Case Number:<br>**11-17075-RAM** | Date Filed:<br>**3/17/11** |
| District:<br>**Southern District of Florida** | Relationship:<br>**affiliates** | Judge:<br>**Robert A. Mark** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**InnoVida Holdings, LLC**

Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Peter D. Russin**
Signature of Attorney for Debtor(s)

**Peter D. Russin 765902**
Printed Name of Attorney for Debtor(s)

**Meland Russin & Budwick, P.A.**
Firm Name

**200 South Biscayne Boulevard**
**Suite 3000**
**Miami, FL 33131**
Address

**Email: www.melandrussin.com**
**(305) 358-6363  Fax: (305) 358-1221**
Telephone Number

**March 24, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mark S. Meland**
Signature of Authorized Individual

**Mark S. Meland**
Printed Name of Authorized Individual

**Receiver for InnoVida Holdings, LLC**
Title of Authorized Individual

**March 24, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO: 10-51885-CA-32

CHRIS KORGE, individually,

     Plaintiff,

vs.

CLAUDIO OSORIO, individually, AMARILIS OSORIO, individually, CRAIG TOLL, individually, INNOVIDA HOLDINGS, LLC, a Florida limited liability company,

     Defendants.

_____/



## ORDER GRANTING RECEIVER'S EMERGENCY MOTION TO CLARIFY ORDER DIRECTING APPOINTMENT OF MARK S. MELAND, ESQ. AS RECEIVER OF INNOVIDA HOLDINGS, LLC AND FOR OTHER EMERGENCY RELIEF

This matter came before the Court on March 9, 2011 at 12:00 p.m. upon the Receiver's Emergency Motion to Clarify Order Directing Appointment of Mark S. Meland, Esq. as Receiver of InnoVida and for Other Emergency Relief ("***Motion***"). For the reasons stated on the record, which are incorporated here by reference, it is --

**ORDERED** as follows:

1. Based upon the proffer of evidence as described in the Motion and by counsel for the Receiver, which proffer was not objected to by any party, as well as this Court taking judicial notice of the prior history of this action to date, the Motion is granted.

2. This Court's March 4, 2011 Order Directing Appointment of Receiver is clarified to provide that the receivership estate in this case shall include all subsidiaries of InnoVida Holdings, LLC, including, but not limited to:

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN CLERK

a.  InnoVida US LLC
b.  InnoVida Services, Inc. f/k/a InnoVida Holdings, Inc.
c.  InnoVida Cyprus
d.  InnoVida SE Construction, LLC
e.  InnoVida MRD, LLC
f.  InnoVida Germany GmbH
g.  InnoVida Factories, Ltd. f/k/a InnoVida Holdings, Inc. (Cayman)
h.  InnoREZ GmbH
i.  InnoVida InnoREZ (Cayman)
j.  InnoVida Procurement Ltd. (Cayman)
k.  Inpro (Hong Kong)
l.  InnoVida Haiti Ltd.
m.  InnoVida Southeast, LLC
n.  InnoVida Mississippi LLC f/k/a InnoVida GoZone, LLC
o.  InnoVida Central Florida LLC
p.  InnoVida Manufacturing SE, LLC f/k/a InnoVida Factory, LLC
q.  InnoVida Miami, Inc.
r.  InnoVida Solutions, LLC d/k/a WSG InnoVida, LLC
s.  InnoVida Southeast Construction, LLC
t.  InnoVida Construction SE, LLC
u.  InnoVida Innorev, Ltd.
v.  InnoVida Holdings, Ltd.
w.  InnoVida, Inc.

Together with InnoVida Holdings, LLC, the entities listed in "a" thru "w" above are referred to as the "*InnoVida Entities*."

3.      The Receiver is granted the authority to manage the affairs of the InnoVida Entities, including, but not limited to, temporarily altering or scaling down the operations of any of the InnoVida Entities or filing a voluntary bankruptcy petition for the InnoVida Entities (or any combination thereof) pursuant to Title 11 of the United States Code.

4.      Claudio and Amarilis Osorio are each required to fully cooperate with the Receiver and his professionals and provide adequate responses and documentation regarding the operation and finances of the InnoVida Entities or else risk being found in contempt of Court.

5.      Claudio and Amarilis Osorio are required to deliver to the Receiver within twenty four (24) hours from the time of the entry of this Order the following information for each of the

A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

InnoVida Entities: (1) current balance sheets for the InnoVida Entities; (2) most recent profit and loss statements for the InnoVida Entities; (3) most recent bank statements for all accounts held worldwide by the InnoVida Entities (or electronic access via internet) along with contact information for all pertinent bank officers; (4) all income tax returns filed in all jurisdictions for the InnoVida Entities and Miami Worldwide Partners, Inc. d/b/a InnoVida, Inc. and (5) the location of all tangible assets of the InnoVida Entities.

6.      Unless agreed otherwise by the Receiver, Claudio Osorio shall sit for a videotaped deposition to be conducted by the Receiver's counsel by no later than the close of business on March 11, 2011.

7.      Unless agreed otherwise by the Receiver, Amarilis Osorio, Craig Toll and Elba Gamboa shall sit for a videotaped deposition to be conducted by no later than March 18, 2011.

8.      Claudio and Amarilis Osorio and Craig Toll are forbidden from transferring any monies out of any bank accounts in their own names or under their control.  To the extent Claudio or Amarilis Osorio or Craig Toll desire to transfer monies out of such accounts to pay personal expenses, they shall confer with the Receiver and his counsel to resolve the transfer of monies consensually.  In the event the parties cannot agree to the payment of such personal expenses, Claudio and Amarilis Osorio shall file a motion before this Court seeking relief from this Order.

9.      Claudio and Amarilis Osorio are directed to provide access for all financial information, including online access for any bank accounts, relating to Miami Worldwide Partners, Inc. d/b/a InnoVida, Inc. by no later than 5:00 p.m. on March 10, 2010.

10.      Subject to paragraph 11 of this Order, all litigation against the InnoVida Entities, including any execution proceedings against the InnoVida Entities is temporarily stayed for a



A TRUE COPY
CERTIFICATION ON LAST PAGE
HARVEY RUVIN, CLERK

period of thirty (30) days from the date of this Order. To the extent any interested party seeks relief from such stay, they shall file a motion before this Court seeking relief.

11. Carlos and Cindy Boozer may file an action against Claudio or Amarilis Osorio, Craig Toll or the InnoVida Entities provided that upon filing, no further action may be taken in such proceeding absent further Order of this Court.

12. Any creditors attempting to execute upon the assets of Claudio and Amarilis Osorio or Craig Toll shall provide the Receiver and his counsel all papers filed in such actions, including but not limited to, writs of garnishment, writs of execution or writs of replevin and any answers thereto. To the extent any assets belonging to Claudio or Amarilis Osorio, Craig Toll or any individuals related to them are frozen as part of such action, the creditor shall not seize such assets absent further Order from this Court.

DONE and ORDERED in Chambers in Miami-Dade County, this 10 day of March, 2011.

MAR 10 2011

The Honorable Valerie Manno Schurr
Circuit Court Judge

VALERIE MANNO SCHURR
CIRCUIT COURT JUDGE

cc:     David A. Nunez, Esquire
        Kendall B. Coffey, Esquire
        Abbey L. Kaplan, Esquire
        Robert Zarco, Esquire

STATE OF FLORIDA, COUNTY OF DADE
I HEREBY CERTIFY that the foregoing is a true and correct copy of the
original on file in this office _____ AD _____
HARVEY RUVIN Clerk, of Circuit and County Courts
Deputy Clerk _____

4

The foregoing Petition, List of 20 Largest Unsecured Creditors, Corporate Ownership Statement, and List of Creditors were prepared by Mark S. Meland, as and only as Receiver, for the Debtor based upon the records and information gathered by the Receiver during the course of the Receivership case.  The records and information upon which the Receiver relied were prepared by Marcum LLP, his forensic accountants.  The Receiver is unable, at this time, to independently confirm the accuracy of the records or the information presented.  Moreover, the Receiver is unable to ascertain whether and to what extent the records and information are complete.  As a result, the foregoing is based upon the records and information available without representation by the Receiver as to their accuracy or completeness.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   __InnoVida Holdings, LLC__                  Case No. _____

                                 Debtor(s)            Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Akerman Senterfitt**<br>**POB 4906**<br>**Orlando, FL 32802** | **Akerman Senterfitt**<br>**POB 4906**<br>**Orlando, FL 32802** | | **Disputed** | **15,318.06** |
| **Allied Environmental**<br>**Attn: Steven Coker, Sr., VP**<br>**4465 E Genesee St, Ste 128**<br>**Dewitt, NY 13214** | **Allied Environmental**<br>**Attn: Steven Coker, Sr., VP**<br>**4465 E Genesee St, Ste 128**<br>**Dewitt, NY 13214** | | **Disputed** | **38,500.00** |
| **American Building Materials**<br>**1250 S Powerline Rd**<br>**Deerfield Beach, FL 33442** | **American Building Materials**<br>**1250 S Powerline Rd**<br>**Deerfield Beach, FL 33442** | **materials** | **Disputed** | **60,822.16** |
| **Bernie Carballo**<br>**129 Commodore Dr**<br>**Jupiter, FL 33477** | **Bernie Carballo**<br>**129 Commodore Dr**<br>**Jupiter, FL 33477** | **Angola Bridge Loan** | **Disputed** | **1,032,481.11** |
| **Bruno Mourral**<br>**Prince Hotel, Ste 21**<br>**Angel Rue 3 Et Ave. N**<br>**Port-Au-Prince**<br>**HAITI** | **Bruno Mourral**<br>**Prince Hotel, Ste 21**<br>**Angel Rue 3 Et Ave. N**<br>**HAITI** | **Portofino Townhouses-Mourall family** | **Disputed** | **213,050.00** |
| **CCH Housing, LLC**<br>**c/o Steven R. Tanenbaum, Esq.**<br>**Solomon & Tanenbaum, P.C.**<br>**707 Westerchester Ave, Ste 205**<br>**White Plains, NY 10604** | **CCH Housing, LLC**<br>**c/o Steven R. Tanenbaum, Esq.**<br>**Solomon & Tanenbaum, P.C.**<br>**White Plains, NY 10604** | **Secured Note and Warrant Purchase Agreement, as amended 10/30/2009 and on 12/29/2009** | **Disputed** | **4,069,166.67** |
| **Chris Korge**<br>**230 Palermo Ave**<br>**Coral Gables, FL 33134** | **Chris Korge**<br>**230 Palermo Ave**<br>**Coral Gables, FL 33134** | | **Disputed** | **4,012,500.00**<br><br>**(0.00 secured)** |
| **Claudio Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139** | **Claudio Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139** | | **Disputed** | **52,405.74** |
| **Cooperative Housing Foundation**<br>**Attn: David A. Weiss, Pres and CEO**<br>**8601 Georgia Ave, Ste 800**<br>**Silver Springs, MD 20910** | **Cooperative Housing Foundation**<br>**Attn: David A. Weiss, Pres and CEO**<br>**8601 Georgia Ave, Ste 800**<br>**Silver Springs, MD 20910** | **classrooms for:**<br>**Universite D'etat D Haiti Faculte Des Sciences Rehabilitation** | **Disputed** | **141,488.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **InnoVida Holdings, LLC** _____         Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Hand in Hand for Haiti Foundation**<br>**Attn: Sean Dugas and Hopeton Austin**<br>**Altus Pageland Kirk**<br>**NO. 5, 3EME Ave Due Travail**<br>**Port-Au-Prince, HAITI** | **Hand in Hand for Haiti Foundation**<br>**Attn: Sean Dugas and Hopeton Austin**<br>**Altus Pageland Kirk**<br>**Port-Au-Prince, HAITI** | **incomplete project** | **Disputed** | **771,051.00** |
| **Harlan Waksal**<br>**Waksal Consulting LLC**<br>**7 N Willow St, Ste 6**<br>**Montclair, NJ 07042** | **Harlan Waksal**<br>**Waksal Consulting LLC**<br>**7 N Willow St, Ste 6**<br>**Montclair, NJ 07042** | **Angola Bridge Loan** | **Disputed** | **1,032,208.22** |
| **Innepar**<br>**Atilano de Oms Sobrinho, President**<br>**Rod. SC 401 No. 600- Modulo 05**<br>**88030-907 Florianopolis BRAZIL** | **Innepar**<br>**Atilano de Oms Sobrinho, President**<br>**Rod. SC 401 No. 600- Modulo 05**<br>**BRAZIL** | **incomplete project** | **Disputed** | **3,112,121.00** |
| **Kenneth Hardcastle**<br>**Arkel-Sallyport Global Sudan**<br>**Ste 501, St James Ct, St Denis St**<br>**Port Louis**<br>**REPUBLIC OF MARITIOUS** | **Kenneth Hardcastle**<br>**Arkel-Sallyport Global Sudan**<br>**Ste 501, St James Ct, St Denis St**<br>**REPUBLIC OF MARITIOUS** | **Sudan Project-Arkel** | **Disputed** | **591,988.00** |
| **Laboratoire National De Sante Publique**<br>**Attn: Mr. Don Traczyk**<br>**Delmas 33, A Cote Hospital La Paix**<br>**Port-Au-Prince**<br>**HAITI** | **Laboratoire National De Sante Publique**<br>**Attn: Mr. Don Traczyk**<br>**Delmas 33, A Cote Hospital La Paix**<br>**HAITI** | **National Lab- Haiti BiomedicalLaboratoire** | **Disputed** | **67,350.00** |
| **Martin Serrano**<br>**Importadoras Ebo, C.A.**<br>**Madrices A Marron, No 22**<br>**Pza. Catedral Municipio Liberatador**<br>**Caracas, VENEZUELA** | **Martin Serrano**<br>**Importadoras Ebo, C.A.**<br>**Madrices A Marron, No 22**<br>**Caracas, VENEZUELA** | | **Disputed** | **51,284.00** |
| **Overseas Private Investment Corporation**<br>**Attn: Financial Management**<br>**1100 New York Ave**<br>**Washington, DC 20527** | **Overseas Private Investment Corporation**<br>**Attn: Financial Management**<br>**1100 New York Ave**<br>**Washington, DC 20527** | **loan and fees** | **Disputed** | **3,300,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **InnoVida Holdings, LLC**                                                Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Ryan Freedman**<br>**c/o Steven R. Tanenbaum, Esq.**<br>**Solomon & Tanenbaum, P.C.**<br>**707 Westerchester Ave, Ste 205**<br>**White Plains, NY 10604** | **Ryan Freedman**<br>**c/o Steven R. Tanenbaum, Esq.**<br>**Solomon & Tanenbaum, P.C.**<br>**White Plains, NY 10604** | **Promissory Note** | **Disputed** | **103,767.56** |
| **Timberline International, Inc.**<br>**Attn: Rhonda Dawkins**<br>**PO Box 1225**<br>**Brewton, AL 36427** | **Timberline International, Inc.**<br>**Attn: Rhonda Dawkins**<br>**PO Box 1225**<br>**Brewton, AL 36427** | **invoices LAB 001 and CHF 001** | **Disputed** | **43,000.00** |
| **Wholesale Building Products**<br>**3050 N 29 Ct**<br>**Hollywood, FL 33020** | **Wholesale Building Products**<br>**3050 N 29 Ct**<br>**Hollywood, FL 33020** | **materials** | **Disputed** | **17,347.75** |
| **Zarco Einhorn Salkowski & Brito, PA**<br>**Bank of America Tower**<br>**100 SE 2 St, Ste 2700**<br>**Miami, FL 33131** | **Zarco Einhorn Salkowski & Brito, PA**<br>**Bank of America Tower**<br>**100 SE 2 St, Ste 2700**<br>**Miami, FL 33131** | **legal services** | **Disputed** | **86,004.91** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Receiver for InnoVida Holdings, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 24, 2011**                       Signature  **/s/ Mark S. Meland**
                                                          **Mark S. Meland**
                                                          **Receiver for InnoVida Holdings, LLC**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Advanced Messengers
2980 W 84 St
Ste 6
Hialeah, FL 33018


Akerman Senterfitt
POB 4906
Orlando, FL 32802


Allied Environmental
Attn: Steven Coker, Sr., VP
4465 E Genesee St, Ste 128
Dewitt, NY 13214


American Building Materials
1250 S Powerline Rd
Deerfield Beach, FL 33442


Bared & Associates, P.A.
2950 SW 27 Ave, Ste 100
Miami, FL 33133


Bernie Carballo
129 Commodore Dr
Jupiter, FL 33477


Bruno Mourral
Prince Hotel, Ste 21
Angel Rue 3 Et Ave. N
Port-Au-Prince
HAITI


CCH Housing, LLC
c/o Steven R. Tanenbaum, Esq.
Solomon & Tanenbaum, P.C.
707 Westerchester Ave, Ste 205
White Plains, NY 10604


Chris Korge
230 Palermo Ave
Coral Gables, FL 33134


Claudio Osorio
15 Star Island
Miami Beach, FL 33139

Cooperative Housing Foundation
Attn: David A. Weiss, Pres and CEO
8601 Georgia Ave, Ste 800
Silver Springs, MD 20910


Core Development Holdings Corporation
1080 NW 163 Dr
Miami, FL 33169


Cruden Hospital
c/o Simpson Construction, Inc.
10450 SW 187 St
Miami, FL 33157


Deltana Enterprises, Inc.
10820 NW 29 St
Miami, FL 33172


DRC Emergency Services, LLC
Attn: Robert Isakson
740 Museum Dr
Mobile, AL 36608


Hand in Hand for Haiti Foundation
Attn: Sean Dugas and Hopeton Austin
Altus Pageland Kirk
NO. 5, 3EME Ave Due Travail
Port-Au-Prince, HAITI


Harlan Waksal
Waksal Consulting LLC
7 N Willow St, Ste 6
Montclair, NJ 07042


Hellmann Worldwide Logistics, Inc.
10450 NW 41 St, Ste 100
Miami, FL 33178


Innepar
Atilano de Oms Sobrinho, President
Rod. SC 401 No. 600- Modulo 05
88030-907  Florianopolis
BRAZIL

Kenneth Hardcastle
Arkel-Sallyport Global Sudan
Ste 501, St James Ct, St Denis St
Port Louis
REPUBLIC OF MARITIOUS


Laboratoire National De Sante Publique
Attn: Mr. Don Traczyk
Delmas 33, A Cote Hospital La Paix
Port-Au-Prince
HAITI


Martin Serrano
Importadoras Ebo, C.A.
Madrices A Marron, No 22
Pza. Catedral Municipio Liberatador
Caracas, VENEZUELA


Officemax Incorporated
263 Shuman Blvd.
Naperville, IL 60563


Overseas Private Investment Corporation
Attn: Financial Management
1100 New York Ave
Washington, DC 20527


Royal Carribean
Attn: John Weis
1050 Carribean Way
Miami, FL 33132


Ryan Freedman
c/o Steven R. Tanenbaum, Esq.
Solomon & Tanenbaum, P.C.
707 Westerchester Ave, Ste 205
White Plains, NY 10604


Shutts & Bowen, LLP
201 S. Biscayne Blvd., Ste 1500
Miami, FL 33131


Timberline International, Inc.
Attn: Rhonda Dawkins
PO Box 1225
Brewton, AL 36427

Wholesale Building Products
3050 N 29 Ct
Hollywood, FL 33020


World Vision International Haiti Branch
Attn: Emmanuel Isch
#49 Rue Chavanne
Complexe J'imagine Petion Ville
Port-Au-Prince, HAITI


Zarco Einhorn Salkowski & Brito, PA
Bank of America Tower
100 SE 2 St, Ste 2700
Miami, FL 33131


Amarilis Osorio
15 Star Island Dr
Miami Beach, FL 33139


Claudio Osorio
15 Star Island Dr
Miami Beach, FL 33139


Craig Toll
1224 NW 140 Terr
Pembroke Pines, FL 33028


InnoVida Southeast, LLC
470 NE 185 St
No. Miami Beach, FL 33179


Ryan Freedman
400 Broome St
11 FL
New York, NY 10013


Al Safeer Group
P.O. Box Industrial Area #1
Sharjah, U.A.E.


Carballo Ventures, Ltd.
129 Commodore Drive
Jupiter, FL 33477

Carlos Boozer
c/o David A. Nunez, Esq.
Meyer & Nunez, P.A.
150 W. Flagler St., Suite 2700
Miami, FL 33130


Christopher G. Korge
c/o Benjamin H. Brodsky, Esquire
Coffey Burlington
2699 S. Bayshore Dr, Penthouse
Miami, FL 33133


Cindy Boozer
c/o David A. Nunez, Esq.
Meyer & Nunez, P.A.
150 W. Flagler St., Suite 2700
Miami, FL 33130


Clamo, Inc.
15 Star Island Dr
Miami Beach, FL 33139


Harlan W. Waksal
c/o 7 North Willow Street, Suite 6
Montclair, NJ 07042


Mytre Investments, LLLP
3109 Grand Avenue
PMB 447
Miami, FL 33133


NIM, LLC
15 Star Island Dr
Miami Beach, FL 33139


Serenity Holdings, Limited
105 W. Main Street
Cartersville, GA 30120


The E Group Inc.
72 Pleasant Ridge Road
Harrison, NY 10528

Xinyong Nei
c/o Tripod Capital
Ste A 1704, No. 1518
Minsheng Rd.
Shanghai, P.R.C.

# United States Bankruptcy Court
## Southern District of Florida

In re  **InnoVida Holdings, LLC**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mark S. Meland**, declare under penalty of perjury that I am the **Receiver for InnoVida Holdings, LLC** of **InnoVida Holdings, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **24** day of March, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark S. Meland, Receiver for InnoVida Holdings, LLC** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mark S. Meland, Receiver for InnoVida Holdings, LLC** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark S. Meland, Receiver for InnoVida Holdings, LLC** of this Corporation is authorized and directed to employ **Michael S. Budwick 938777**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case."

Date  **March 24, 2011**

Signed  **/s/ Mark S. Meland**

**Mark S. Meland, Receiver for InnoVida Holdings, LLC**

Resolution of Board of Directors
of
**InnoVida Holdings, LLC**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark S. Meland, Receiver for InnoVida Holdings, LLC** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mark S. Meland, Receiver for InnoVida Holdings, LLC** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark S. Meland, Receiver for InnoVida Holdings, LLC** of this Corporation is authorized and directed to employ **Michael S. Budwick 938777**, attorney and the law firm of **Meland Russin & Budwick, P.A.** to represent the corporation in such bankruptcy case.

This is consistent with the provisions of the Order Directing Appointment of Receiver entered on March 4, 2011 by the Honorable Valerie Mannu Schurr, Circuit Court Judge, in the proceeding styled *Korge v. Osorio, et al.*, Case No. 10-51885-CA-32, pending in the 11th Judicial Circuit in and for Miami-Dade County, Florida, and the Order Granting Receiver's Emergency Motion to Clarify Order Directing Appointment of Mark S. Meland, Esq. as Receiver of InnoVida Holdings, LLC and for Other Emergency Relief .


Date  **March 24, 2011**            Signed  **/s/ Mark S. Meland**

                                            **Mark S. Meland, Receiver for InnoVida Holdings, LLC**