UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                      CHAPTER 11
                                                            CASE NO.: 11-17702-RAM
INNOVIDA HOLDINGS, LLC                                      CASE NO.: 11-17704-06-RAM
F/D/B/A COEG, LLC, *et al.*,
                                                            *JOINTLY ADMINISTERED*

_____Debtors._____/

## APPOINTMENT OF CHAPTER 11 TRUSTEE AND SETTING OF BOND

Pursuant to the Order of this Court directing the United States Trustee to appoint a Chapter 11 Trustee, the United States Trustee hereby appoints the following person Chapter 11 Trustee:

Mark S. Meland, Esq.
200 South Biscayne Boulevard, Suite 3000
Miami, FL 33131
305-358-6363

The initial bond is hereby fixed in each of the Jointly Administered cases in the amount of:

INNOVIDA HOLDINGS, LLC                                      Case No.: 11-17702-RAM
Fifty Thousand Dollars and 00/100 ($50,000.00);

INNOVIDA MRD, LLC                                           Case No.: 11-17704-RAM
Fifty Thousand Dollars and 00/100 ($50,000.00);

INNOVIDA SERVICES, INC.                                     Case No.: 11-17705-RAM
Two Hundred Ninety-seven Thousand Dollars and 00/100 ($297,000.00);

INNOVIDA SOUTHEAST, LLC                                     Case No.: 11-17706-RAM
Fifty Thousand Dollars and 00/100 ($50,000.00);

This appointment is made the 4th day of April, 2011.

Donald F. Walton
United States Trustee, Region 21

/s/
Steven R. Turner, Assistant U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130
(305) 536-7285
(305) 536-7360 FAX