

**ORDERED in the Southern District of Florida on April 06, 2011.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CHAPTER 11<br>CASE NO.: 11-17702-RAM |
| INNOVIDA HOLDINGS, LLC<br>F/D/B/A COEG, LLC, *et al*., | CASE NO.: 11-17704-06-RAM |
| Debtors.                        / | *JOINTLY ADMINISTERED* |

### ORDER APPROVING SELECTION OF TRUSTEE

The United States Trustee, having advised this Court that, Mark S. Meland, 200 South Biscayne Boulevard, Suite 3000, Miami, FL 33131, 305-358-6363, has been selected for appointment by the United States Trustee as the Chapter 11 Trustee in this case, and the Court having reviewed and considered the United States Trustee's Application for Approval of Selection of Appointment of Chapter 11 Trustee, it is

**ORDERED** that, pursuant to 11 U.S.C. Section 1104, the appointment of Mark S. Meland as Chapter 11 Trustee is approved and it is further:

**ORDERED** that the trustee shall have all the powers and duties of a trustee under 11 U.S.C. Section 1106 and the specific directions as described in the Order Directing Appointment of Chapter 11 Trustee (**DE # 39**).

###

Submitted by:

Steven D. Schneiderman
Trial Attorney
Office of the U.S. Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130
(305) 536-7285
(305) 536-7360
steven.d.schneiderman@usdoj.gov


copies to:

All Creditors and Interested Parties **(By Clerk's Office)**