UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

INNOVIDA HOLDINGS, LLC,                     Case No. 11-17702-RAM
et al.,[1]                                   Case No. 11-17704-06-RAM
                                             Chapter 11
                Debtors.                     Jointly Administered
_____/

## GLOBAL COMMENTS AND DISCLAIMERS AS TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS OF INNOVIDA SERVICES, INC.

On the date hereof, the Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "*Schedules and Statements*") for InnoVida Services, Inc. (the "*Debtor*") were filed in accordance with Federal Rule of Bankruptcy Procedure 1007(b). While the Debtor's Chapter 11 Trustee has exercised his reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available to him and his professionals at the time of preparation, inadvertent errors or omissions may have occurred. Certain of the disclosures contained in the Schedules and Statements are derived from historical information maintained by former management of the Debtors (as defined below), the complete accuracy of which can not be confirmed at this time. The information has not been audited. Accordingly, the right is reserved to amend the Schedules and Statements from time to time as may be necessary or appropriate. These global comments and disclaimers (the "*Global Comments and Disclaimers*") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.      Description of the Case.  On March 24, 2011, Mark S. Meland, in his capacity as Receiver for the Debtor, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "*Bankruptcy Code*") in the United States Bankruptcy Court for the Southern District of Florida.  Since filing the petition, Mr. Meland has been appointed Chapter 11 Trustee of the Debtor.

2.      Summary of Reporting Policies.  The Schedules and Statements have been signed by Mr. Meland, in his capacity as Chapter 11 Trustee of the Debtor.  In supervising the preparation of the Schedules and Statements, Mr. Meland necessarily relied upon the efforts, statements and other data made by other of the Debtor's personnel. Mr. Meland has not (and could not have) personally verified the accuracy of each such statement and representation,

---

[1]The Debtors' current mailing address is c/o Mark S. Meland, Esq, as Chapter 11 Trustee, 3000 Southeast Financial Center, 200 S. Biscayne Blvd., Miami, FL 33131.  The last four digits of the Debtors' tax identification number are [0305],[0103],[4809] and [2500] respectively.

including statements and representations concerning amounts owed to creditors and their addresses. In addition, the following conventions were adopted in the preparation of the Schedules and Statements:

      a)    <u>Reporting Date</u>. The Schedules and Statements were prepared with data as near as possible to the respective Petition Date.

      b)    <u>Book Value</u>. It would be expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Unless otherwise noted, the carrying value on the Debtor's books (net book value), rather than the current market values, of the Debtor's interests in property and of the Debtor's liabilities, is reflected on the Schedules and Statements.

      c)    <u>Causes of Action</u>. All potential causes of action against all third parties are identified in the Schedules and Statements. All rights are reserved with respect to any causes of action that may exist and neither these Global Comments nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

      d)    <u>Schedule D</u>. Except as otherwise agreed in accordance with a stipulation or agreed order or any other order entered by the Bankruptcy Court, all rights are reserved to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Holders of secured claims by virtue of holding setoff rights against the Debtor are not included on Schedule D. Lessors, utility companies and other parties which may hold security deposits have been listed on Schedules to the extent the information is currently available.

      e)    <u>Schedule E</u>. Schedule E consists of prepetition wages, some of which are entitled to priority, but some of which are not because they include deferred wages from 2009. The deferred wages not entitled to priority are scheduled as unsecured claims on Schedule F.

      f)    <u>Schedule G</u>. While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. All rights are reserved to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Additionally, the placing of a contract or lease onto this Schedule shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract.

The contracts, agreements and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings, and the inclusion of such on Schedule

G is not an admission that the agreement is an executory contract, financing agreement or otherwise.

g)  <u>Schedule H</u>.  Lists those parties potentially liable for material debts and obligations of the Debtors, based upon information currently available and may not be a complete list of all guarantors or co-obligors.

h)  <u>Payments to Creditors and Insiders</u>. Statement of Financial Affairs 3a identifies known payments made during the 90 days prior to the Petition Date. The data was compiled from checks written and cleared the bank. It is believed that all checks have been captured; however, some checks may have been omitted. To the extent a check/payment is later discovered, an amendment may be filed.

3.  <u>Claims</u>. The Schedules identify creditors and set forth estimates of the claims of creditors as of the Petition Date. Such Schedules may not have captured all claims. Claim amounts will be amended as appropriate for any such items subsequently identified. In addition, payments have subsequently been made to certain claimants in accordance with Bankruptcy Court orders in the Debtor's case. The Bankruptcy Court has authorized the payment of, among other matters: certain prepetition wages, salaries and resulting payroll taxes. Accordingly, the actual unpaid claims of creditors may differ from the amounts set forth in the Schedules and Statements.

4.  <u>Disputed, Contingent and/or Unliquidated Claims</u>. Schedules D, E and F permit the designation of a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The tight is reserved to dispute, or assert offsets or defenses to any claim reflected on these Schedules as to nature, amount, liability or status, or to otherwise subsequently designate any claim-as disputed, contingent, or unliquidated.

5.  <u>Income</u>.  The income reported, if any, on the Statement of Financial Affairs is taken from the tax returns and income statements prepared by the former accountant for the Debtor.

6.  <u>Global Comments Control</u>. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

* * * END OF GLOBAL COMMENTS AND DISCLAIMERS* * *
* SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE *

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA  33131 • TELEPHONE (305) 358-6363

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re     **InnoVida Services, Inc.**_____,

Debtor

Case No. ____**11-17705**____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 260,618.30 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 8 | | 338,219.17 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 1,205,831.84 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 260,618.30 | | |
| Total Liabilities | | | | 1,544,051.01 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **InnoVida Services, Inc.**                                        ,    Case No.     **11-17705**

                                               Debtor

Chapter                 **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **InnoVida Services, Inc.** _____ ,    Case No. ___**11-17705**_____
                                                Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

__**0**__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **InnoVida Services, Inc.**                                         ,    Case No.    **11-17705**

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Petty cash at factory** | - | **66.48** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Mark S. Meland, Receiver for InnoVida Holdings, LLC, Gibraltar *6095 [Funds came from bank accounts in name of InnoVida Services, Inc.]** | - | **211,314.16** |
| | | | **Debit card credit with Comdata** | - | **7,084.02** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Art (see attached)** | - | **Unknown** |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

                                                     Sub-Total >      **218,464.66**

                                                     (Total of this page)

   **2**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **InnoVida Services, Inc.** _____ ,    Case No. _____**11-17705**_____
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **InnoVida MRD, LLC - 100%** | **-** | **Unknown** |
| | | **Innovida GmBH - 100%** | **-** | **Unknown** |
| | | **Innovida Southeast Construction LLC - 100%** | **-** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **InnoVida Services, Inc.**
_____ ,        Case No. ___**11-17705**___
                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, furnishings and supplies (see attached)** | - | 42,153.64 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 42,153.64 |
| (Total of this page) | |
| Total > | 260,618.30 |

Sheet __**2**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# SCHEDULE B - Personal Property
## #5: Art
### Items located at 470 NE 185 Street, Miami, FL   33139

| Nr. | Name | Medium | Size | Condition | Value |
|---|---|---|---|---|---|
| 818-5177-03 | "Stern Sounds" (2004) | Original acrylic/pen on canvas, signed | 28"x22" | Excellent condition | Unknown |
| 818-6273-04 | Not marked | Original acrylic/pen on paper, signed | 40"x32" | Excellent condition; minor damage to frame | Unknown |
| N/A | "Great Toast" | Signed print | 29"x23" | Damage to top left of print | Unknown |
| N/A | "The Hug" | Signed print | 16"x60" | Good condition | Unknown |
| N/A | Not marked | Pyramid | 56"x56"x56" | Good condition | Unknown |

\* It is unclear whether these are owned by any branch of InnoVida
and, if so, which company owns them.  Claudio Osorio may assert they belong to him.

## SCHEDULE B - Personal Property
### #28: Office equipment, Furnishings and Supplies
### Items located at 560 Lincoln Road, Suite 303, Miami Beach, FL 33139

| Description | Qty | Serial No. | Cost Ea | Total Cost |
|---|---|---|---|---|
| Cabinet black w/6 racks | 1 | | $150.00 | $150.00 |
| Cabinet brown w/2 drawers | 2 | | $50.00 | $100.00 |
| Cabinet open black, no doors | 1 | | $150.00 | $150.00 |
| Cabinet open, no doors | 1 | | $176.00 | $176.00 |
| Cabinet steel white | 2 | | $307.63 | $615.25 |
| Cabinet wood | 1 | | $400.00 | $400.00 |
| Cabinet wood | 1 | | $50.00 | $50.00 |
| Cabinet wood | 1 | | $300.00 | $300.00 |
| Cabinet wood w/sliding glass pane | 1 | | $800.00 | $800.00 |
| Calculator electronic EL-1801V | 1 | 7D016587 | $45.00 | $45.00 |
| Chair black | 1 | | $500.00 | $500.00 |
| Chair black | 3 | | $275.00 | $825.00 |
| Chair lobby black | 2 | | $300.00 | $600.00 |
| Chair office black | 20 | | $87.25 | $1,745.00 |
| Chair red | 2 | | $300.00 | $600.00 |
| Coffee maker (espresso) Nespresso D290 | 1 | | $400.00 | $400.00 |
| Coffee maker black Mr. Coffee | 1 | FTX33GTF | $125.00 | $125.00 |
| Computer stand Fellowes | 1 | | $20.00 | $20.00 |
| Conference chair | 8 | | $729.97 | $5,839.76 |
| Conference table glass | 1 | | $18,687.50 | $18,687.50 |
| Desk black | 1 | | $600.00 | $600.00 |
| Desk to keep equipment | 1 | | $0.00 | $0.00 |
| Desk wood | 2 | | $1,500.00 | $3,000.00 |
| Desk wood | 10 | | $0.00 | $0.00 |
| Desk wood honey maple | 1 | | $320.99 | $320.99 |
| Desk wood w/glass top | 1 | | $600.00 | $600.00 |
| Drawers black | 1 | | $200.00 | $200.00 |
| Drawing board Magnatag | 1 | | $400.00 | $400.00 |
| File cabinet steel DuraVault | 2 | | $600.00 | $1,200.00 |
| File cabinet wood | 1 | | $250.00 | $250.00 |
| File cabinet wood | 2 | | $50.00 | $100.00 |
| File cabinet wood | 1 | | $352.00 | $352.00 |
| File cabinet wood | 1 | | $150.00 | $150.00 |
| Ice maker Mr. Freeze | 1 | 060619631 | $150.00 | $150.00 |
| Link station Buffalo LS-500GL | 1 | 0513159 OLD # # 158205 | $200.00 | $200.00 |
| Microwave LG | 1 | 69-72E02530-000797 | $100.00 | $100.00 |
| Refrigerator compact Sanyo SR-4912M | 1 | 70409845 | $200.00 | $200.00 |
| Round silver-colored table between the chairs | 1 | | $200.00 | $200.00 |
| Shredder Ativa PQ120DN | 1 | | $50.00 | $50.00 |
| Shredder Fellowes DM72Ct | 1 | | $50.00 | $50.00 |
| Storage rack chrome | 2 | | $56.07 | $112.14 |
| Storage rack steel | 1 | | $250.00 | $250.00 |
| TV Flat screen LCD, LG | 1 | 802MXPH4H480 | $1,500.00 | $1,500.00 |
| TV remote to Flat screen LCD, LG | 1 | | $0.00 | $0.00 |
| X-ACTO Powerhouse | 1 | | $40.00 | $40.00 |

**TOTAL  $31,672.41  $42,153.64**

B6D (Official Form 6D) (12/07)

In re    **InnoVida Services, Inc.**                                              ,    Case No. ___**11-17705**___
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6E (Official Form 6E) (4/10)

In re **InnoVida Services, Inc.**                                                    Case No. __11-17705__
                                                                    ,
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____7_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **InnoVida Services, Inc.**                                    ,    Case No.    **11-17705**
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | | | | | | |
| Claudio Osorio 15 Star Island Miami Beach, FL 33139 | - | | | | | | X | 18,749.77 | 7,024.77 | 11,725.00 |
| Account No. | | | | | | | | | | |
| Cony Campuzano 300 69th Street, #7 Miami Beach, FL 33141 | - | | | | | | | 1,215.74 | 0.00 | 1,215.74 |
| Account No. | | | | | | | | | | |
| Craig Toll 1224 NW 140 St Pembroke Pines, FL 33028 | - | | | | | | X | 171,297.93 | 159,572.93 | 11,725.00 |
| Account No. | | | | portion of wages were deferred from 2009 and not entitled to priority | | | | | | |
| Elba Gamboa 11320 SW 145 Avenue Miami, FL 33186 | - | | | | | | X | 5,660.72 | 664.64 | 4,996.08 |
| Account No. | | | | portion of wages were deferred from 2009 and not entitled to priority | | | | | | |
| Horacio Alvarez 22072 SW 93 Place Miami, FL 33190 | - | | | | | | | 3,761.52 | 886.20 | 2,875.32 |

Sheet  _1_  of  _7_   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 168,148.54 | |
| 200,685.68 | | 32,537.14 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **InnoVida Services, Inc.**                                          ,     Case No.    **11-17705**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Jared Margolis 20201 E. Country Club Drive Miami, FL 33180 | - | | | | | | | 0.00 |
| | | | | | | | 153.84 | 153.84 |
| Account No. | | | | | | | | |
| Lewis Carness 10920 SW 105 Ave Miami, FL 33176 | - | | | | | X | | 65,146.47 |
| | | | | | | | 76,871.47 | 11,725.00 |
| Account No. | | | portion of wages were deferred from 2009 and not entitled to priority | | | | | |
| Linda Roman 2525 SW 3rd Ave #1109 Miami, FL 33129 | - | | | | | | | 415.40 |
| | | | | | | | 2,168.24 | 1,752.84 |
| Account No. | | | portion of wages were deferred from 2009 and not entitled to priority | | | | | |
| Lisa Clifford-Sampson 2908 Royal Palm Ave, #4 Miami Beach, FL 33140 | - | | | | | | | 529.85 |
| | | | | | | | 2,067.27 | 1,537.42 |
| Account No. | | | | | | | | |
| Marianne Thiel 2120 rue du Mont-Baldy Sainte-Adèle, QC, J8B 1Y9 CANADA | - | | | | | | | 22,063.48 |
| | | | | | | | 33,788.48 | 11,725.00 |

Sheet **2** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 88,155.20 |
|---|---|---|
| | (Total of this page) | 115,049.30 | 26,894.10 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **InnoVida Services, Inc.**                                             ,    Case No.  **11-17705**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Martin Falk<br>2829 Indian Creek Drive<br>Miami Beach, FL 33141 | | - | **portion of wages were deferred from 2009 and not entitled to priority** | | | | 3,530.74 | 830.80 | 2,699.94 |
| Account No.<br><br>Rosa Rosillo<br>4199 Spinnaker Dr.<br>Fort Lauderdale, FL 33312 | | - | | | | | 1,538.42 | 0.00 | 1,538.42 |
| Account No.<br><br>Walter Rest<br>6238 SW 50 Street<br>Miami, FL 33155 | | - | **portion of wages were deferred from 2009 and not entitled to priority** | | | | 5,076.88 | 1,384.66 | 3,692.22 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **3**  of  **7**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 2,215.46 |
| (Total of this page) | 10,146.04 | 7,930.58 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **InnoVida Services, Inc.**                                           ,       Case No.   **11-17705**
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | | | | | | |
| Barbara Paez 7781 NW 169 Terrace Miami Lakes, FL 33016 | - | | | | | | | 1,262.75 | 0.00 | 1,262.75 |
| Account No. | | | | | | | | | | |
| Cony Campuzano 300 69th Street, #7 Miami Beach, FL 33141 | - | | | | | | | 65.01 | 0.00 | 65.01 |
| Account No. | | | | | | | | | | |
| Craig Toll 1224 NW 140 St Pembroke Pines, FL 33028 | - | | | | | | X | 421.86 | 0.00 | 421.86 |
| Account No. | | | | | | | | | | |
| Elba Gamboa 11320 SW 145 Avenue Miami, FL 33186 | - | | | | | | X | 974.96 | 0.00 | 974.96 |
| Account No. | | | | | | | | | | |
| Horacio Alvarez 22072 SW 93 Place Miami, FL 33190 | - | | | | | | | 172.50 | 0.00 | 172.50 |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,897.08 | 2,897.08 |

B6E (Official Form 6E) (4/10) - Cont.

In re   **InnoVida Services, Inc.**                               ,     Case No.   **11-17705**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lewis Carness**<br>**10920 SW 105 Ave**<br>**Miami, FL 33176** | | - | | | | | 1,102.56 | 0.00<br><br>1,102.56 |
| Account No.<br><br>**Linda Roman**<br>**2525 SW 3rd Ave #1109**<br>**Miami, FL 33129** | | - | | | | | 227.10 | 0.00<br><br>227.10 |
| Account No.<br><br>**Lisa Clifford-Sampson**<br>**2908 Royal Palm Ave, #4**<br>**Miami Beach, FL 33140** | | - | | | | | 433.83 | 0.00<br><br>433.83 |
| Account No.<br><br>**Martin Falk**<br>**2829 Indian Creek Drive**<br>**Miami Beach, FL 33141** | | - | | | | | 918.26 | 0.00<br><br>918.26 |
| Account No.<br><br>**Rosa Rosillo**<br>**4199 Spinnaker Dr.**<br>**Fort Lauderdale, FL 33312** | | - | | | | | 797.30 | 0.00<br><br>797.30 |

Sheet __5__ of __7__ continuation sheets attached to               Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    3,479.05    3,479.05

B6E (Official Form 6E) (4/10) - Cont.

In re    **InnoVida Services, Inc.**                                                    ,    Case No.    **11-17705**
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Walter Rest** **6238 SW 50 Street** **Miami, FL 33155** | - | | | | | | 4,632.96 | 0.00 / 4,632.96 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **6** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | | 4,632.96    4,632.96 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **InnoVida Services, Inc.** ,  Case No.  **11-17705**
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | For notice purposes only | | | | | |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| **Miami-Dade County Tax Collector Paralegal Unit 140 W Flagler St, 14 FL Miami, FL 33130** | - | | | | | X | | 0.00 |
| | | | | | | | 1,329.06 | 1,329.06 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **7**  of  **7**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 1,329.06 | 1,329.06 |
| Total | 258,519.20 | |
| (Report on Summary of Schedules) | 338,219.17 | 79,699.97 |

B6F (Official Form 6F) (12/07)

In re    **InnoVida Services, Inc.**                                                    ,    Case No.    **11-17705**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **Advanced Messenger Services, Inc.** **2980 West 84th Street** **Unit 6** **Hialeah, FL 33018** | - | | | | | | | X | 986.00 |
| Account No. | | | | | Trade debt | | | | |
| **Akerman Senterfitt** **PO Box 4906** **Orlando, FL 32802** | - | | | | | | | X | 79,365.74 |
| Account No. | | | | | | | | | |
| **All in One Employment Services** **6303 Blue Lagoon Dr, 4 FL** **Miami, FL 33126** | - | | | | | | | X | 9,810.00 |
| Account No. | | | | | Trade debt | | | | |
| **All In One Group** **PO Box 133006** **Hialeah, FL 33013** | - | | | | | | | X | 15,727.50 |
| | | | | | Subtotal (Total of this page) | | | | 105,889.24 |

__19__   continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **InnoVida Services, Inc.**
_____,                          Case No. **11-17705**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **ending 3-43004** | | | | | credit card purchases | | | | |
| **American Express**<br>**PO Box 360001**<br>**Fort Lauderdale, FL 33336** | - | | | | | | | X | 9,941.99 |
| Account No. | | | | | Trade debt | | | | |
| **Amicorp (Cyprus) Ltd.**<br>**1 Avlonos St**<br>**Maria House**<br>**Nicosia 1075**<br>**CYPRUS** | - | | | | | | | X | 12,961.55 |
| Account No. | | | | | Trade debt | | | | |
| **AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** | - | | | | | | | X | 13,594.88 |
| Account No. | | | | | Trade debt | | | | |
| **Avila, Nogueira e Miguel Neto**<br>**Advogados**<br>**Av. Paulista, 1499 - 9 andar**<br>**Cerqueira Cesar   01311-200** | - | | | | | | | X | 5,261.05 |
| Account No. | | | | | Trade debt | | | | |
| **Bank of America**<br>**PO Box 851001**<br>**Dallas, TX 75285-1001** | - | | | | | | | X | 22,145.73 |

Sheet no. **1** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,905.20

B6F (Official Form 6F) (12/07) - Cont.

In re  **InnoVida Services, Inc.**                                    ,      Case No.   **11-17705**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Bank of America - MC PO Box 15710 Wilmington, DE 19886-5710 | | - | | | | X | 22,707.14 |
| Account No. | | | Trade debt | | | | |
| Bared & Associates, P.A. 2950 SW 27 Avenue, Suite100 Miami, FL 33133 | | - | | | | X | 7,350.00 |
| Account No. | | | Trade debt | | | | |
| BGR Group 601 13th St NW The Homer Building 11 FL S Washington, DC 20005 | | - | | | | X | 105,412.26 |
| Account No. | | | Trade debt | | | | |
| Boaz Nol 223 2nd Ave #5H New York, NY 10003 | | - | | | | X | 20,000.00 |
| Account No. | | | Trade debt | | | | |
| Bridgefield Employers Insurance Company PO Box 988 Lakeland, FL 33802 | | - | | | | X | 18,646.12 |

Sheet no. **2** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **174,115.52**

B6F (Official Form 6F) (12/07) - Cont.

In re    **InnoVida Services, Inc.**                                                    ,    Case No.    **11-17705**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Butler, Snow, O'Mara, Stevens & Cannada 210 East Capitol St 17th FL Jackson, MS 39201 | - | | | | | | X | 1,095.50 |
| Account No. | | | | pending litigation | | | | |
| Century Everglades, LLC d/b/a Everglades Lumber & Bldg Supply 6991 SW 8th St Miami, FL 33144 | - | | | | | | X | Unknown |
| Account No. | | | | Trade debt | | | | |
| Chase Card Services Cardmember Service PO Box 15153 Wilmington, DE 19886 | - | | | | | | X | 20,305.31 |
| Account No. | | | | Trade debt | | | | |
| Chris Korge 230 Palermo Ave Coral Gables, FL 33134 | - | | | | | | X | 35,197.00 |
| Account No. | | | | Trade debt | | | | |
| City of Miami Beach Code Enforcement Division 1700 Convention Ctr Dr Miami Beach, FL 33139 | - | | | | | | X | 327.38 |

| Sheet no. __3___ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 56,925.19 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **InnoVida Services, Inc.**
_____,     Case No. ___**11-17705**_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | portion of wages were deferred from 2009 and not entitled to priority | | | | |
| Claudio Osorio 15 Star Island Miami Beach, FL 33139 | - | | | | | | X | |
| | | | | | | | | 7,024.77 |
| Account No. | | | | Trade debt | | | | |
| CMN Steel Fabricators, Inc. 7993 NW 60 Street Miami, FL 33166-3410 | - | | | | | | X | |
| | | | | | | | | 1,886.73 |
| Account No. | | | | Trade debt | | | | |
| Craig Toll 1224 NW 140 St Pembroke Pines, FL 33028 | - | | | | | | X | |
| | | | | | | | | 2,016.67 |
| Account No. | | | | portion of wages were deferred from 2009 and not entitled to priority | | | | |
| Craig Toll 1224 NW 140 St Pembroke Pines, FL 33028 | - | | | | | | X | |
| | | | | | | | | 159,572.93 |
| Account No. | | | | Trade debt | | | | |
| Crane Composites 23525 W Eames Channahon, IL 60410 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __**4**___ of __**19**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

170,501.10

B6F (Official Form 6F) (12/07) - Cont.

In re   **InnoVida Services, Inc.** _____,    Case No.   **11-17705** _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | portion of wages were deferred from 2009 and not entitled to priority | | | | |
| David Maudlin 25399 The Old Road Apt 8-206 Stevenson Ranch, CA 91381 | - | | | | | X | |
| | | | | | | | 692.34 |
| Account No. | | | Trade debt | | | | |
| Dell Financial Services Payment Processing Center PO Box 5292 Carol Stream, IL 60197 | - | | | | | X | |
| | | | | | | | 13,162.23 |
| Account No. | | | Trade debt | | | | |
| Duany Plater-Zyberk & Company 1023 SW 25th Ave Miami, FL 33135 | - | | | | | X | |
| | | | | | | | 49,827.77 |
| Account No. | | | litigation pending | | | | |
| Electrical Supplies Inc. 13395 NW 107 Ave Miami, FL 33018 | - | | | | | X | |
| | | | | | | | 33,321.92 |
| Account No. | | | Trade debt | | | | |
| Ernst & Young PO Box 933514 Atlanta, GA 31193-3514 | - | | | | | X | |
| | | | | | | | 43,340.00 |

| | | |
|---|---|---|
| Sheet no. __5__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 140,344.26 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **InnoVida Services, Inc.** ,  Case No.  **11-17705**
_____    _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx767-1** <br><br> **Everbank Commercial Finance** <br> **10 Waterview Blvd** <br> **Parsippany, NJ 07054** | | - | | | **(2) Dell Latitude E6400 System; Dell Software lease** | | | X | **3,107.30** |
| Account No. <br><br> **F. Castelo Branco & Associados** <br> **A. da Liberdade, 249, 1** <br> **Lisboa    1250-143** | | - | | | **Trade debt** | | | X | **8,886.94** |
| Account No. **xxx-xxxxx3-000** <br><br> **Fast Forward Leasing** <br> **Fast Forward Digital Solutions** <br> **PO Box 660831** <br> **Dallas, TX 75266-0831** | X | - | | | **lease of Xerox 7120 color multifunction system, Lease of color copier #0030649533000    Subject to setoff.** | | | | **Unknown** |
| Account No. <br><br> **Fedex** <br> **PO Box 660481** <br> **Dallas, TX 75266** | | - | | | **Trade debt** | | | X | **578.35** |
| Account No. <br><br> **Fonality, Inc.** <br> **200 Corporate Pointe, #350** <br> **Culver City, CA 90230** | | - | | | **Trade debt** | | | X | **2,548.00** |

Sheet no. __6___ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **15,120.59** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **InnoVida Services, Inc.** , Case No. **11-17705**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Graybar Electric Company, Inc.** **c/o Perry D. Monioudis, Esq.** **Cohn & Monioudis, P.A.** **800 SE 3 Ave, Ste 200** **Fort Lauderdale, FL 33316** | | - | | | | | | X | **13,972.82** |
| Account No. | | | | | lease of Xerox 7120 color multifunction system, 60 month term, lease dated 9/10/10. [May also be Fast Forward lease.] | | | | |
| **GreatAmerica Leasing Corp.** **Account Svcs Processing Ctr** **PO Box 609** **Cedar Rapids, IA 52406-0609** | | - | | | | | | X | **Unknown** |
| Account No. | | | | | Trade debt | | | | |
| **Harper Meyer Perez Ferrer & Hagen LLP** **201 S. Biscayne Blvd, #1400** **Miami, FL 33131** | | - | | | | | | X | **9,624.13** |
| Account No. | | | | | Trade debt | | | | |
| **Holland & Knight** **PO Box 864084** **Orlando, FL 32886-4084** | | - | | | | | | X | **59,834.38** |
| Account No. | | | | | Trade debt | | | | |
| **Horacio Alvarez** **22072 SW 93 Place** **Miami, FL 33190** | | - | | | | | | X | **904.96** |

Sheet no. **7** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**84,336.29**

B6F (Official Form 6F) (12/07) - Cont.

In re  **InnoVida Services, Inc.**                                              ,        Case No.  __11-17705__
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Horacio Alvarez<br>22072 SW 93 Place<br>Miami, FL 33190 | - | | portion of wages were deferred from 2009 and not entitled to priority | | | X | 886.20 |
| Account No. **xxxx313C**<br><br>Igus, Inc.<br>PO Box 14349<br>East Providence, RI 02914 | - | | materials | | | X | 240.84 |
| Account No.<br><br>Isaacson Law LLC<br>4250 Salcedo Street #401<br>Miami, FL 33146 | - | | Trade debt | | | X | 8,785.00 |
| Account No.<br><br>Jana Kedrnova<br>Na. Hradbach 3<br>70200 Moravska Ostrava      70200 | - | | Trade debt | | | X | 1,165.23 |
| Account No.<br><br>JB Legal Consultants<br>P.O. Box 487177<br>Dubai<br>UNITED ARAB EMIRATES | - | | Trade debt | | | X | 614.75 |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,692.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **InnoVida Services, Inc.**                                            ,   Case No.   **11-17705**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Jeb Bush & Associates, LLC The Biltmore Hotel & Conference Center 1200 Anastasia Ave, Ste 500 Coral Gables, FL 33134 | - | | | | | X | 30,000.00 |
| Account No. | | | Trade debt | | | | |
| Jonathan Lee 4330 Brumby Lane Cumming, GA 30041 | - | | | | | X | 1,418.18 |
| Account No. | | | Trade debt | | | | |
| Kaufman & Rossin Co. 2699 S. Bayshore Drive Miami, FL 33133 | - | | | | | X | 300.00 |
| Account No. | | | Trade debt | | | | |
| Kobi Karp Architecture Interior Design 2915 Biscayne Blvd Suite 200 Miami, FL 33137 | - | | | | | X | 25,000.00 |
| Account No. | | | Trade debt | | | | |
| Kohl Marketing, Inc. 8800 Orchard Tree Lane Baltimore, MD 21286 | - | | | | | X | 351.80 |

Sheet no. __9__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**57,069.98**

B6F (Official Form 6F) (12/07) - Cont.

In re   **InnoVida Services, Inc.**                                    ,          Case No.   **11-17705**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lewis Carness**<br>**10920 SW 105 Ave**<br>**Miami, FL 33176** | - | | portion of wages were deferred from 2009 and not entitled to priority | | | X | 65,146.47 |
| Account No.<br><br>**Linda Roman**<br>**2525 SW 3rd Ave #1109**<br>**Miami, FL 33129** | - | | portion of wages were deferred from 2009 and not entitled to priority | | | X | 415.40 |
| Account No.<br><br>**Lisa Clifford-Sampson**<br>**2908 Royal Palm Ave, #4**<br>**Miami Beach, FL 33140** | - | | portion of wages were deferred from 2009 and not entitled to priority | | | X | 528.85 |
| Account No.<br><br>**LS. Van Landingham, III**<br>**2908 Royal Palm Ave, #4**<br>**Miami Beach, FL 33140** | - | | Trade debt | | | X | 615.00 |
| Account No.<br><br>**Mabel Salazar**<br>**8132 Harding Avenue**<br>**Miami Beach, FL 33141** | - | | portion of wages were deferred from 2009 and not entitled to priority | | | X | 553.87 |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      67,259.59

B6F (Official Form 6F) (12/07) - Cont.

In re   **InnoVida Services, Inc.**                                              ,   Case No.   **11-17705**
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | portion of wages were deferred from 2009 and not entitled to priority | | | | |
| Marianne Thiel 2120 rue du Mont-Baldy Sainte-Adèle, QC, J8B 1Y9 CANADA | - | | | | | | X | 22,063.48 |
| Account No. | | | | Trade debt | | | | |
| Mario Laricchia Larbro LLC 1020 Pennsylvania Ave. Miami Beach, FL 33139 | - | | | | | | X | 5,000.00 |
| Account No. | | | | portion of wages were deferred from 2009 and not entitled to priority | | | | |
| Martin Falk 2829 Indian Creek Drive Miami Beach, FL 33141 | - | | | | | | X | 830.80 |
| Account No. | | | | portion of wages were deferred from 2009 and not entitled to priority | | | | |
| Matt Remy 3276 NE Catamaran Terrace Jensen Beach, FL 34957 | - | | | | | | X | 1,326.98 |
| Account No. | | | | Trade debt | | | | |
| Neighborhood Health Partnership PO Box 580046 Charlotte, NC 28258-0046 | - | | | | | | X | 14,785.37 |

| | |
|---|---|
| Sheet no. **11** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)  **44,006.63** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **InnoVida Services, Inc.** ,                                      Case No.   **11-17705**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Neli Santamarina 301 Ocean Drive #504 Miami Beach, FL 33139 | - | | | | | | X | |
| | | | | | | | | 6,626.40 |
| Account No. | | | | Trade debt | | | | |
| Nexogy Postpaid Long Distance 5757 Blue Lagoon Drive Miami, FL 33126 | - | | | | | | X | |
| | | | | | | | | 391.49 |
| Account No. | | | | Trade debt | | | | |
| Nizar Ghoussainy Beirut LEBANON | - | | | | | | X | |
| | | | | | | | | 750.00 |
| Account No. | | | | Trade debt | | | | |
| NRAI Corporate Services PO Box 38413 Tallahassee, FL 32315 | - | | | | | | X | |
| | | | | | | | | 550.00 |
| Account No. | | | | Trade debt | | | | |
| Omega Engineering, Inc. P.O. Box 405369 Atlanta, GA 30384 | - | | | | | | X | |
| | | | | | | | | 2,468.26 |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,786.15

B6F (Official Form 6F) (12/07) - Cont.

In re __InnoVida Services, Inc.__ _____, Case No. ___11-17705_____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx xxxxxxx xx xxrich** | | | | **12/10/2008** **Trade debt** | | | | |
| **Pistorino & Alam Consulting Engs, Inc.** **7171 SW 62 Ave** **Miami, FL 33143** | - | | | | | | X | 8,253.98 |
| Account No. | | | | **Trade debt** | | | | |
| **Pitney Bowes Inc.** **P.O. Box 371896** **Pittsburgh, PA 15250-7896** | - | | | | | | X | 204.57 |
| Account No. | | | | **Trade debt** | | | | |
| **PNCEF, LLC** **c/o Stephen J. Simmons Esq.** **1401 E. Broward Blvd, Suite 200** **Fort Lauderdale, FL 33301** | - | | | | | | X | 10,613.54 |
| Account No. | | | | **Trade debt** | | | | |
| **Premium Assignment Corporation** **PO Box 3100** **Tallahassee, FL 32315-3100** | - | | | | | | X | 6,286.56 |
| Account No. | | | | **Trade debt** | | | | |
| **Purchase Power** **PO Box 371874** **Pittsburgh, PA 15250-7874** | - | | | | | | X | 403.16 |

Sheet no. _13_ of _19_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

25,761.81

B6F (Official Form 6F) (12/07) - Cont.

In re  **InnoVida Services, Inc.**                                    ,          Case No.  **11-17705**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Renner, Otto, Boisselle & Sklar, LLP 1621 Euclid Ave Cleveland, OH 44115 | - | | | | | | | X | 83,159.08 |
| Account No. | | | | | pending lawsuit | | | | |
| Sanjay Suchak c/o Alice K. Sum, Esq. Fowler White Burnett, PA 1395 Brickell Ave Plaza, 14 FL Miami, FL 33131 | - | | | | | | | X | Unknown |
| Account No. | | | | | Trade debt | | | | |
| Scott Shealy 2153 E Solitude Ct Boise, ID 83712 | - | | | | | | | X | 271.00 |
| Account No. | | | | | Trade debt | | | | |
| Shutts & Bowen LLP 1500 Miami Center 201 S Biscayne Blvd Miami, FL 33131 | - | | | | | | | X | 27,249.44 |
| Account No. | | | | | Contract to provide internet services | | | | |
| Sling Broadband, LLC 2700 N State Rd 7 Hollywood, FL 33021 | - | | | | | | | | Unknown |

Sheet no. __14__ of __19__ sheets attached to Schedule of                                    Subtotal                  110,679.52
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __InnoVida Services, Inc._____ ,    Case No. ____11-17705_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxxx-x0521** <br><br>**Southeast Toyota Finance**<br>**PO Box 70831**<br>**Charlotte, NC 28272-0831** | X | - | | returned leased 2008 Toyota Sienna, VIN 5TDZK23C68S166891 | | | X | **Unknown** |
| Account No. **xx-xx-xxxx-x0317** <br><br>**Southeast Toyota Finance**<br>**PO Box 70831**<br>**Charlotte, NC 28272-0831** | X | - | | returned leased 2008 Toyota Sienna, VIN 5TDZK23C28S148940 | | | X | **Unknown** |
| Account No. <br><br>**Staples Advantage**<br>**PO Box 95708**<br>**Chicago, IL 60694-5708** | | - | | Trade debt | | | X | **32.83** |
| Account No. <br><br>**Stephen James Associates**<br>**14179 Collections Center Dr**<br>**Chicago, IL 60693** | | - | | Trade debt | | | X | **13,362.00** |
| Account No. <br><br>**Sunbelt Rentals**<br>**PO Box 410968**<br>**Charlotte, NC 28241** | | - | | Trade debt | | | X | **Unknown** |

Sheet no. __15__ of __19__ sheets attached to Schedule of    Subtotal    **13,394.83**
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **InnoVida Services, Inc.** _____ ,    Case No. ___**11-17705**_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **Tamie King 5991 Pine Terrace Fort Lauderdale, FL 33317** | - | | | portion of wages were deferred from 2009 and not entitled to priority | | | X | 807.71 |
| Account No. **TCF Equipment Finanace 15933 Clayton Road, #200 Ballwin, MO 63011** | - | | | Lease # 63654.02 | | | X | Unknown |
| Account No. **TCF Equipment Finanace 15933 Clayton Road, #200 Ballwin, MO 63011** | - | | | Lease # 63654.01 | | | X | 1,496.16 |
| Account No. **TCF Equipment Finanace 15933 Clayton Road, #200 Ballwin, MO 63011** | - | | | Lease # 63654.03 | | | X | 6,113.63 |
| Account No. **Terremark North America, Inc. Attn: Legal Department One Biscayne Tower 2 South Biscayne Blv d., #2800 Miami, FL 33131** | - | | | Contract for remote office server location: Service Order #33495-SO-0002 | | | | Unknown |

Sheet no. __**16**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,417.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **InnoVida Services, Inc.** _____,   Case No. ___**11-17705**_____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | lease for Lincoln Road business office | | | | |
| The Denison Corp. 560 Lincoln Rd, Ste 204 Miami Beach, FL 33139 | | - | | | | X | |
| | | | | | | | 11,491.80 |
| Account No. | | | Trade debt | | | | |
| Tinoco, Travieso, Planchart & Nunez Av. Francisco de Miranda Chacaito    1050 | | - | | | | X | |
| | | | | | | | 1,689.50 |
| Account No. | | | Trade debt | | | | |
| Traeger Brothers & Associates, Inc. 12405 SW 130 Street Miami, FL 33186 | | - | | | | X | |
| | | | | | | | 2,590.99 |
| Account No. | | | Trade debt | | | | |
| Translation Services USA LLC 545 Eight Ave, #1250 New York, NY 10018 | | - | | | | X | |
| | | | | | | | 2,855.50 |
| Account No. | | | re Florida Bearings, Inc., creditor's account no. 23405 | | | | |
| Transworld Systems, Inc. f/k/a NCO Financial Systems, Inc. 507 Prudential Rd Horsham, PA 19044 | | - | | | | X | |
| | | | | | | | 2,050.56 |

Sheet no. __**17**__ of __**19**__ sheets attached to Schedule of                                    Subtotal                   
Creditors Holding Unsecured Nonpriority Claims                                                  (Total of this page)      | 20,678.35 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **InnoVida Services, Inc.**                                              ,    Case No.    **11-17705**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Trima Triebeser Maschinenbau Gmbh<br>Zeulendaer Strasse 48<br>Triebe  07950<br>GERMANY** | - | | | **Trade debt** | | | X | 8,460.06 |
| Account No.<br><br>**UPS<br>P.O. Box 7247-0244<br>Philadelphia, PA 19170-0001** | - | | | **Trade debt** | | | X | 2.64 |
| Account No.<br><br>**UPS Int'l Package Services<br>28013 Network Place<br>Chicago, IL 60673-1280** | - | | | **Trade debt** | | | X | 16.37 |
| Account No.<br><br>**Walter Rest<br>6238 SW 50 Street<br>Miami, FL 33155** | - | | | **Trade debt** | | | X | 737.66 |
| Account No.<br><br>**Walter Rest<br>6238 SW 50 Street<br>Miami, FL 33155** | - | | | **portion of wages were deferred from 2009 and not entitled to priority** | | | X | 1,384.66 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,601.39

B6F (Official Form 6F) (12/07) - Cont.

In re  **InnoVida Services, Inc.** _____ ,    Case No. ____**11-17705**____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | portion of wages were deferred from 2009 and not entitled to priority | | | | |
| Wendy Corrales 13050 SW 80th St Miami, FL 33183 | - | | | | | | | X | |
| | | | | | | | | | 346.17 |
| Account No. | | | | | Trade debt | | | | |
| William Topolsky 243 Winter Walk Drive Gaithersburg, MD 20878 | - | | | | | | | X | |
| | | | | | | | | | 1,000.00 |
| Account No. | | | | | Trade debt | | | | |
| Woodward Terry & Company PO Box 822 Cayman Islands | - | | | | | | | X | |
| | | | | | | | | | 12,818.59 |
| Account No. xxxxxx5530 | | | | | Trade debt | | | | |
| Zephyrhills direct PO Box 856680 Louisville, KY 40285 | - | | | | | | | X | |
| | | | | | | | | | 181.92 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **14,346.68**

Total
(Report on Summary of Schedules)   **1,205,831.84**

B6G (Official Form 6G) (12/07)

In re  **InnoVida Services, Inc.**                                                   , Case No. ___**11-17705**___
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Everbank Commercial Finance**<br>**10 Waterview Blvd**<br>**Parsippany, NJ 07054** | **Dell Software lease and (2) Dell Latitude E6400 System; Lease #40533767** |
| **Fast Forward Leasing**<br>**Fast Forward Digital Solutions**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | **lease of Xerox 7120 color multifunction system, 60 month term, lease dated 9/10/10. [May also be GreatAmerica Leasing Corporation, contract no. 003-0649533-000.]** |
| **Sling Broadband, LLC**<br>**2700 N State Rd 7**<br>**Hollywood, FL 33021** | **Contract (month to month) to provide internet services for $1,000 each month** |
| **Southeast Toyota Finance**<br>**PO Box 70831**<br>**Charlotte, NC 28272-0831** | **returned leased 2008 Toyota Sienna, VIN 5TDZK23C68S166891** |
| **Southeast Toyota Finance**<br>**PO Box 70831**<br>**Charlotte, NC 28272-0831** | **returned leased 2008 Toyota Sienna, VIN 5TDZK23C28S148940** |
| **Terremark North America, Inc.**<br>**Attn: Legal Department**<br>**One Biscayne Tower**<br>**2 South Biscayne Blv d., #2800**<br>**Miami, FL 33131** | **Contract for remote office server location: Service Order #33495-SO-0002** |
| **The Denison Corp.**<br>**560 Lincoln Rd, Ste 204**<br>**Miami Beach, FL 33139** | **lease for 560 Lincoln Road, Suite 303, Miami Beach, FL 33139, term of 18 months commencing on June 1, 2010.** |

**0**
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __InnoVida Services, Inc.__ _____,    Case No. ___11-17705___
                                            Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Claudio Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139** | **Southeast Toyota Finance**<br>**PO Box 70831**<br>**Charlotte, NC 28272-0831** |
| **Claudio Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139** | **Southeast Toyota Finance**<br>**PO Box 70831**<br>**Charlotte, NC 28272-0831** |
| **Elba Gamboa**<br>**11320 SW 145 Avenue**<br>**Miami, FL 33186** | **Fast Forward Leasing**<br>**Fast Forward Digital Solutions**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** |

**0**
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **InnoVida Services, Inc.**

_____  Case No.  **11-17705**

Debtor(s)  Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chapter 11 Trustee for InnoVida Services, Inc. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**39**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 25, 2011**

Signature  **/s/ Mark S. Meland**

**Mark S. Meland**
**Chapter 11 Trustee for InnoVida Services, Inc.**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re  **InnoVida Services, Inc.**                                    Case No.   **11-17705**
                                    _____
                                    Debtor(s)                      Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

---

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                         SOURCE

---

2

## 3. Payments to creditors

None  *Complete a. or b., as appropriate, and c.*

■

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None      b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**

☐    immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| To be provided under separate notice of filing due to an IT issue which disabled servers for several days, including today. | | $0.00 | $0.00 |

None      c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of

☐    creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| To be provided under separate notice of filing due to an IT issue which disabled servers for several days, including today. | | $0.00 | $0.00 |
| Nelson Moran<br>Innovida Andina<br>La Urbina Calle 3B<br>Edf. Comindu, Piso 2<br>Caracas, Venezuela<br>   Amarilis Osorio's brother | 4/15/10-2/28/11 | $33,536.91 | $0.00 |
| Nicolas Osorio<br>15 Star Island<br>Miami Beach, FL 33139<br>   Amarilis Osorio's son | 12/31/10 | $1,200.00 | $0.00 |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Sanjay Suchak v. InnoVida Services, Inc., et al., Case No. 10-45302-CA-02** | **commercial litigation** | **11th Judicial Circuit, Miami-Dade County, Florida** | **pending** |
| **Century Everglades, LLC d/b/a Everglades Lumber & Building Supply v. Zimand, et al., Case No. 09-69355-CA-22** | **commercial litigation** | **11th Judicial Circuit, Miami-Dade County, Florida** | **pending** |
| **Electrical Supplies, Inc. v. InnoVida Services, Inc., Case No. 2009-37855-SP-23** | **collection** | **Small Claims Court, Miami-Dade County, FL** | **pending** |
| **Jonathan Lee vs InnoVida Services, Inc., Case no. 2009-3468-CC-05** | **commercial litigation** | **County Court, Miami Dade County, FL** | **Agreed Order of Dismissal with Prejudice 6/21/10** |
| **Core Development Holdings Corporation v. Osorio, et al., Case No. 10-46330 CA 40** | **commercial litigation** | **11th Judicial Circuit, Miami-Dade County, Florida** | **pending** |
| **Electrical Supplies, Inc. v. InnoVida Services, Inc., Case No. 2011-12396-CA-01** | **commercia litigation** | **11th Judicial Circuit, Miami-Dade County, Florida** | **Complaint filed post petition on 4/21/2011** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Southeast Toyota Finance PO Box 70831 Charlotte, NC 28272-0831** | **3/14/2011** | **returned leased 2008 Toyota Sienna, VIN 5TDZK23C28S148940 returned leased 2008 Toyota Sienna, VIN 5TDZK23C68S166891** |

#### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

4

None ☐ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **Mark S. Meland, Receiver Meland Russin & Budwick, PA 200 S. Biscayne Blvd., Ste 3000 Miami, FL 33131** | **Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Circuit Civil Division, Case No. 10-51885-CA-32. KORGE vs. OSORIO, et al.** | **3/4/2011** | **see order attached to voluntary petition** |

---

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wachovia Bank, a Wells Fargo Company 200 S. Biscayne Blvd. Miami, FL 33131** | **Checking account ending *4270** | **3/17/2011, $252,149.75 (transferred to Mark S. Meland, Receiver for InnoVida Holdings, LLC account--funds belonged to InnoVida Services, Inc.)-then account closed 3/21/2011, $0** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
■   or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■   Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■   the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐   ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Innovida Southeast Construction LLC** | **26-4005188** | **c/o Mark S. Meland, Receiver 200 S. Biscayne Blvd., Ste 3000 Miami, FL 33131** | **construction services** | **1/1/2009-present** |

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **InnoVida MRD, LLC** | **26-2582500** | **c/o Mark S. Meland, C11 Trustee 200 S. Biscayne Blvd., Ste 3000 Miami, FL 33131** | **R&D activity** | **3/28/2008-present** |
| **Innovida GmBH** | **foreign entity: Steuer-Nr.: 19/208/04703 and USt-IdNr.: DE233054552** | **c/o Mark S. Meland, Receiver 200 S. Biscayne Blvd., Ste 3000 Miami, FL 33131** | **R&D activity** | **2/27/2006-present** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Craig Toll 1224 NW 140 St Pembroke Pines, FL 33028** | **12/1/07-3/9/08** |
| **Lewis Carness 10920 SW 105 Ave Miami, FL 33176** | **1/14/08-present** |

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                               ADDRESS                      DATES SERVICES RENDERED

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Ernst & Young April to Sept 2010-not completed** | **201 South Biscayne Blvd. Suite 3000 Miami, FL 33131** |
| **Mallah Furman Nov 2009 - Jan 2010 and May 2010 - Aug 2010** | **1001 Brickell Bay Drive Suite 1400 Miami, FL 33131** |

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

8

| NAME AND ADDRESS | | DATE ISSUED |
|---|---|---|

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **InnoVida Holdings LLC**<br>**c/o Mark S. Meland, Chapter 11 Trustee**<br>**Meland Russin & Budwick, P.A.**<br>**200 S. Biscayne Blvd., Ste 3000**<br>**Miami, FL 33131** | **shareholder** | **75% interest** |
| **Smartco, Inc.**<br>**McLaw House**<br>**PO Box 10**<br>**Duke Street**<br>**TURKS & CAICOS** | **shareholder** | **25% interest** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Claudio Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139** | **President** | **3/4/2011** |
| **Amarilis Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139** | **Officer** | **3/4/2011** |
| **Craig Toll**<br>**1224 NW 140 St**<br>**Pembroke Pines, FL 33028** | **Officer** | **3/4/2011** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Claudio Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139**<br>   **President** | **Salary paid by InnoVida Services for 1 year** | **$300,000** |
| **Claudio Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139**<br>   **President** | **Cash advanced  06/25/10 & 08/12/10 & 12/10/10** | **$99,000** |
| **Claudio Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139**<br>   **President** | **W/T to Machhour Moukaddem - Loan Repayments f/b/o Claudio Osorio** | **$46,000** |
| **Claudio Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139**<br>   **President** | **12/14/10, Recession for Jorge Perez** | **$100,000** |
| **Claudio Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139**<br>   **President** | **Payments for personal expenses 04/12/10 thru 01/7/11** | **$3,474.64** |
| **Miami Worldwide Partners, Inc.**<br>**15 Star Island**<br>**Miami Beach, FL 33139**<br>   **affiliate** | **From 03/31/10 thru 02/18/11** | **$956,112.58** |
| **Amarilis Osorio**<br>**15 Star Island**<br>**Miami Beach, FL 33139**<br>   **Officer** | **Consulting fees paid  07/15/10 thru 12/22/10** | **$500,000** |

**24. Tax Consolidation Group.**

None  ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                            TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None  ☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |
| **InnoVida Group 401K Plan**<br>**Administered by ADP Retirement Services**<br>**71 Hanover Road**<br>**MS 580 Florham Park, NJ 07932** | **20-4540103** |
| **InnoVida Group 401K Plan**<br>**Administered by Capital Retirement Plan Services**<br>**822 AIA North**<br>**Suite 211** | **20-4540103** |

10

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    **April 25, 2011**                          Signature    **/s/ Mark S. Meland**

**Mark S. Meland**
**Chapter 11 Trustee for InnoVida Services, Inc.**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re   **InnoVida Services, Inc.** _____,     Case No.    **11-17705** _____

                Debtor                   Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **InnoVida Holdings, LLC**<br>**c/o Mark S. Meland, Receiver**<br>**Meland Russin & Budwick, PA**<br>**200 S. Biscayne Blvd, Ste 3000**<br>**Miami, FL 33131** | **stock** | **75%** | **75%** |
| **Smartco, Inc.**<br>**McLaw House**<br>**PO Box 10**<br>**Duke Street**<br>**TURKS & CAICOS** | **stock** | **25%** | **25%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Chapter 11 Trustee for InnoVida Services, Inc. of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**April 25, 2011**_____      Signature _**/s/ Mark S. Meland**_____

                                               **Mark S. Meland**<br>                                               **Chapter 11 Trustee for InnoVida Services, Inc.**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders