UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

INNOVIDA HOLDINGS, LLC,  Case No. 11-17702-RAM
et al.,  Case No. 11-17704-06-RAM
  Chapter 11
  Jointly Administered

Debtors.
_____/

### MOTION TO EXTEND PASSPORT SURRENDER DATE

Mark S. Meland, in his capacity as trustee ("*Trustee*") of InnoVida Holdings, LLC ("*InnoVida*") by and through undersigned counsel, and pursuant to this Court's Order dated June 2, 2011 [ECF No. 159] ("*Passport Order*"), seeks an Order from this Court extending the passport surrender date currently in place with respect to Claudio Osorio's passports. In support, the Trustee states the following:

1. Pre-petition, Mr. Osorio represented to investors, stated to reporters and at one point, testified under oath in certain Circuit Court litigation, that the companies had tens of millions of dollars in cash in 2010.[1]

2. Thereafter, after invoking his Fifth Amendment privilege regarding these monies, Mr. Osorio now contends that he does not recall whether such monies existed.

3. Whether these monies actually existed or constituted mere "puffing" by Mr. Osorio is yet unknown until all the pertinent bank records are produced. What is known is that to date, Mr. Osorio has failed to cooperate with the Trustee and produce (or cause the production of) documents relating to the accounts that held these tens of millions of dollars. Taking into

---

[1] The historical paper trail also reflected Mr. Osorio communicating regularly with offshore bankers regarding tens of millions of dollars in offshore accounts.

1

account the state court litigation that preceded this bankruptcy case, his refusal to produce these documents is now in its *tenth month.*

4.  In addition, without regurgitating the facts set forth in the Trustee's motion to convert, Mr. Osorio has failed to provide truthful testimony in regards to a host of topics germane to his personal bankruptcy proceeding and the corporate bankruptcy proceedings.

5.  The Passport Order provides that:

> In the event the Osorios file a plan of reorganization in their personal bankruptcy case, Mr. Osorio's passports shall be surrendered to him seven days after the filing of such plan. If the Trustee objects to such surrender, he shall file a motion objecting to the surrender prior to the expiration of the seven day period and the Court will thereafter conduct an expedited hearing on the objection, no later than 10 days after the filing of the objection.

6.  On June 6, 2011, the Osorios filed a document entitled "plan of reorganization." No disclosure statement was filed and the "plan" has no substance to support its Pollyannaish projections.

7.  The Trustee requests that this Court enter an Order extending the passport surrender date. Simply, until the documents regarding the offshore accounts are produced, there is $40 million unaccounted for by Mr. Osorio. Because of this, absent compelling, documented cause requiring foreign travel - coupled with adequate protections and assurances that such travel will not facilitate secretion of assets or flight - the passports should not be returned to Mr. Osorio at this time.

LAW OFFICES OF MELAND RUSSIN & BUDWICK, P.A.
3000 SOUTHEAST FINANCIAL CENTER, 200 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131 • TELEPHONE (305) 358-6363
{Firm Clients/3412/3412-1/00912582.DOC.}

WHEREFORE, the Trustee respectfully requests that this Court enter an Order extending the passport surrender date until Mr. Osorio produces the documents regarding InnoVida and its subsidiaries' offshore accounts and granting such further relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 11, 2011, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached Exhibit 1 and via U.S. Regular Mail upon those parties on the attached Exhibit 2.

                                                  s/ Jonathan S. Feldman
Jonathan S. Feldman, Esquire
Florida Bar No. 12682
jfeldman@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3000 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

Attorneys for Mark S. Meland

# Mailing Information for Case 11-17702-RAM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **Geoffrey S. Aaronson**    gaaronson@aspalaw.com, tdmckeown@mckeownpa.com;sbeiley@aspalaw.com
- **Adrian J Alvarez**    aalvarez@lorenlawfirm.com
- **Steven L Beiley**    sbeiley@aspalaw.com
- **Michael S Budwick**    mbudwick@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Jonathan S. Feldman**    jfeldman@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Daniel N Gonzalez**    dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Jordi Guso**    jguso@bergersingerman.com, efile@bergersingerman.com;fsellers@bergersingerman.com
- **Andrew R Herron**    aherron@hjo-law.com, ndecastro@hjo-law.com
- **Robert C Meyer**    meyerrobertc@cs.com, taniaslaw@yahoo.com;rcmeyer@gmail.com
- **Miami-Dade County Tax Collector (Windley)**    mdtcbkc@miamidade.gov
- **David A Nunez**    david@nunez-law.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Paul L. Orshan**    plorshan@orshanpa.com, maria@orshanpa.com
- **John J Quick**    jquick@rccl.com, jbaez@rccl.com
- **Patricia A Redmond**    predmond@stearnsweaver.com, jrivera@stearnsweaver.com;rross@stearnsweaver.com;mmesones-mori@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com
- **Peter D. Russin**    prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Luis Salazar**    luis.salazar@izhmlaw.com, karina.dominguez@izhmlaw.com;linda.jackson@izhmlaw.com;kevin.cabrera@izhmlaw.com;vitalia.mera@izhmlaw.com
- **Matthew H Scott**    mhs@trippscott.com, bankruptcy@trippscott.com
- **Eric J Silver**    esilver@stearnsweaver.com, mmesones-mori@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com
- **Melinda S Thornton**    cao.bkc@miamidade.gov
- **Scott A. Underwood**    scott.underwood@fowlerwhite.com, sstorno@fowlerwhite.com

| | | |
|---|---|---|
| Overseas Private Investment Corp.<br>Berger Singerman, P.A.<br>c/o Jordi Guso, Esq.<br>200 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131 | Core Development Holdings Corp.<br>c/o Abbey L. Kaplan, Esq.<br>Kluger, Kaplan, et al.<br>201 S. Biscayne Blvd, 17 FL<br>Miami, FL 33131 | Advanced Messengers<br>2980 W 84 St<br>Ste 6<br>Hialeah, FL 33018 |
| Akerman Senterfitt<br>POB 4906<br>Orlando, FL 32802 | Allied Environmental<br>Attn: Steven Coker, Sr., VP<br>4465 E Genesee St, Ste 128<br>Dewitt, NY 13214 | Amarilis Osorio<br>15 Star Island Dr<br>Miami Beach, FL 33139 |
| American Building Materials<br>1250 S Powerline Rd<br>Deerfield Beach, FL 33442 | Bared & Associates, P.A.<br>2950 SW 27 Ave, Ste 100<br>Miami, FL 33133 | Bernie Carballo<br>129 Commodore Dr<br>Jupiter, FL 33477 |
| CCH Housing, LLC<br>c/o Steven R. Tanenbaum, Esq.<br>Solomon & Tanenbaum, P.C.<br>707 Westerchester Ave, Ste 205<br>White Plains, NY 10604 | Carballo Ventures, Ltd.<br>129 Commodore Drive<br>Jupiter, FL 33477 | Carlos Boozer<br>c/o David A. Nunez, Esq.<br>Meyer & Nunez, P.A.<br>150 W. Flagler St., Suite 2700<br>Miami, FL 33130 |
| Chris Korge<br>230 Palermo Ave<br>Coral Gables, FL 33134 | Christopher G. Korge<br>c/o Benjamin H. Brodsky, Esquire<br>Coffey Burlington<br>2699 S. Bayshore Dr, Penthouse<br>Miami, FL 33133 | Cindy Boozer<br>c/o David A. Nunez, Esq.<br>Meyer & Nunez, P.A.<br>150 W. Flagler St., Suite 2700<br>Miami, FL 33130 |
| Clamo, Inc.<br>15 Star Island Dr<br>Miami Beach, FL 33139 | Claudio Osorio<br>15 Star Island<br>Miami Beach, FL 33139 | Cooperative Housing Foundation<br>Attn: David A. Weiss, Pres and CEO<br>8601 Georgia Ave, Ste 800<br>Silver Springs, MD 20910 |
| Core Development Holdings Corp.<br>1080 NW 163 Dr<br>Miami, FL 33169 | Cruden Hospital<br>c/o Simpson Construction, Inc.<br>10450 SW 187 St<br>Miami, FL 33157 | DRC Emergency Services, LLC<br>Attn: Robert Isakson<br>740 Museum Dr<br>Mobile, AL 36608 |
| Deltana Enterprises, Inc.<br>10820 NW 29 St<br>Miami, FL 33172 | Harlan W. Waksal<br>c/o 7 North Willow Street, Suite 6<br>Montclair, NJ 07042 | Harlan Waksal<br>Waksal Consulting LLC<br>7 N Willow St, Ste 6<br>Montclair, NJ 07042 |
| Hellmann Worldwide Logistics, Inc.<br>10450 NW 41 St, Ste 100<br>Miami, FL 33178 | Mytre Investments, LLLP<br>3109 Grand Avenue<br>PMB 447<br>Miami, FL 33133 | NIM, LLC<br>15 Star Island Dr<br>Miami Beach, FL 33139 |
| Officemax Incorporated<br>263 Shuman Blvd.<br>Naperville, IL 60563 | Overseas Private Investment<br>Corporation<br>Attn: Financial Management<br>1100 New York Ave<br>Washington, DC 20527 | John J. Quick, Esq.<br>Royal Carribean Curises Ltd.<br>1050 Carribean Way<br>Miami, FL 33132 |

EXHIBIT 2

Ryan Freedman
400 Broome St
11 FL
New York, NY 10013

Ryan Freedman
c/o Steven R. Tanenbaum, Esq.
Solomon & Tanenbaum, P.C.
707 Westerchester Ave, Ste 205
White Plains, NY 10604

Serenity Holdings, Limited
105 W. Main Street
Cartersville, GA 30120

Shutts & Bowen, LLP
201 S. Biscayne Blvd., Ste 1500
Miami, FL 33131

The E Group Inc.
72 Pleasant Ridge Road
Harrison, NY 10528

Timberline International, Inc.
Attn: Rhonda Dawkins
PO Box 1225
Brewton, AL 36427

Wholesale Building Products
3050 N 29 Ct
Hollywood, FL 33020

Zarco Einhorn Salkowski & Brito, PA
Bank of America Tower
100 SE 2 St, Ste 2700
Miami, FL 33131

Geoffrey S. Aaronson, Esq.
Steven L. Beiley, Esq.
Aaronson Schantz, P.A.
100 SE 2nd St, 27th Floor
Miami, FL 33131

Priscilla Windley
Paralegal Collection Specialist
Miami Dade Bankruptcy Unit
140 West Flagler St., Suite 1403
Miami, FL 33130

Craig Toll
1224 NW 140 Terr
Pembroke Pines, FL 33028

Adrian J. Alvarez, Esq.
Bruce E. Loren & Associates
2000 Palm Beach Lakes Blvd.
Suite 501
West Palm Beach, FL 33409

Andrew R. Herron, Esq.
Alaina B. Siminovsky, Esq.
Herron Jacobs Ortiz
1401 Brickell Ave., Suite 840
Miami, FL 33131

David Nunez, Esq.
Meyer & Nunez, Esq.
2223 Coral Way
Miami, FL 33145

Elliott Company of Indianapolis Inc.
9200 Zionsville Rd
Indianapolis, IN 46268

Gail Sandler Reiss
c/o Mark E. Pollack, Esq.
800 Douglas Rd, Ste 450
North Tower
Coral Gables, FL 33134

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Sherry Coltune
c/o Mark E. Pollack, Esq.
800 Douglas Rd, Ste 450
North Tower
Coral Gables, FL 33134

Simpson Construction, Inc.
10450 SW 187 St
Miami, FL 33157

Euler Hermes UMA
600 S 7 St
Louisville, KY 40201-1672

Goldman, Evans & Trammell LLC
10323 Cross Creek Blvd F
Tampa, FL 33647

Melinda S. Thornton
2810 Stephen P. Clark Center
111 N.W. First Street
Miami, FL 33128

Paul L. Orshan, Esq.
2506 Ponce De Leon Blvd.
Coral Gables, FL 33134

VT Inc. as Trustee of World Omni
LT c/o Matthew Scott, Esq.
Trip Scott, PA
110 SE 6t Street, 15th Floor
Ft. Lauderdale, FL 33301

Luis Salazar, Esq.
Linda Jackson, Esq.
Infante Zumpano
500 S. Dixie Highway, Suite 302
Miami, FL 33146

Scott A. Underwood, Esq.
Fowler White Boggs PA
P.O. 1438
Tampa, FL 33601

Arkel-Sallyport Global Sudan
Ste 501, St. James Court
St. Denis Street
Port Louis
REPUBLIC OF MAURITIUS

College Charite de St. Louis
#360 Ave John Brown
Bourdon, Port Au Prince
HAITI

Importadoras Ebo, C.A.
Madrices A Marron, No. 22
Pza. Catedral, Municipio Liberatador
Dtto, Capital Caracas
VENEZUELA

World Vision Intl Haiti Branch
Attn: Emmanuel Isch
#49 Rue Chavanne
Complex J'imagine Petion Ville
Port-Au-Prince, HAITI

| | | |
|---|---|---|
| Xinyong Nei<br>c/o Tripod Capital<br>Ste A 1704, No. 1518<br>Minsheng Rd.<br>Shanghai, P.R.C. | Innepar<br>Atilano de Oms Sobrinho, President<br>Rod. SC 401 No. 600- Modulo 05<br>88030-907 Florianopolis<br>BRAZIL | Kenneth Hardcastle<br>Arkel-Sallyport Global Sudan<br>Ste 501, St James Ct, St Denis St<br>Port Louis<br>REPUBLIC OF MARITIOUS |
| Laboratoire National De Sante Publique<br>Attn: Mr. Don Traczyk<br>Delmas 33, A Cote Hospital La Paix<br>Port-Au-Prince<br>HAITI | Martin Serrano<br>Importadoras Ebo, C.A.<br>Madrices A Marron, No 22<br>Pza. Catedral Municipio Liberatador<br>Caracas, VENEZUELA | Bruno Mourral<br>Prince Hotel, Ste 21<br>Angel Rue 3 Et Ave. N<br>Port-Au-Prince<br>HAITI |
| Hand in Hand for Haiti Foundation<br>Attn: Sean Dugas and Hopeton Austin<br>Altus Pageland Kirk<br>NO. 5, 3EME Ave Due Travail<br>Port-Au-Prince, HAITI | | |