UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**www.flsb.uscourts.gov**

In re:                                          CASE NO.:    11-17702-RAM
                                                CASE NO.:    11-17704-06-RAM
INNOVIDA HOLDINGS, LLC,
et al.,                                         Chapter 11
                                                Jointly Administered

                    Debtors

_____/

**MIAMI-DADE COUNTY TAX COLLECTOR'S
RESPONSE TO CHAPTER 11 TRUSTEE'S EMERGENCY MOTION FOR
ENTRY OF ORDER (I) APPROVING TRANSFER AND
SALE OF PATENT APPLICATIONS TO INNOVIDA HOLDINGS, LLC;
(II) AUTHORIZING TRUSTEE TO EXECUTE ASSET PURCHASE
AGREEMENT AND TO SELL ASSETS FREE AND CLEAR OF LIENS,
CLAIMS, AND ENCUMBRANCES; (III) APPROVING NOTICE PROVISIONS;
(IV) APPROVING COMPETITIVE BIDDING PROCEDURES;
(V) SCHEDULING A HEARING TO APPROVE THE SELECTIONOF THE
HIGHEST AND BEST OFFER AND CERTAIN RELATED RELIEF (D.E. 242)**

**Miami-Dade County Tax Collector ("Tax Collector")**, through undersigned

counsel, responds to Trustee's above-styled Motion ("Motion") and states:

1.      Tax Collector has filed Claim 12-1 seeking payment of prepetition ad

valorem taxes for the 2009-2011 tax years on tangible personal property owned by

Debtor and located in Miami-Dade County.

2.      The payment of said taxes, plus accrued statutory interest, is secured by

first priority liens which arise as of January 1 of each taxing year, pursuant to Section

197.122, Florida Statutes.

3.      As Trustee correctly noted in paragraph 38 of the Motion, Tax Collector

has agreed to accept $11,422.74, which represent the personal property taxes owed with

respect to the personal property which is the subject of the Motion.

1

4.    However, Tax Collector also notes that the taxes referenced in Claim 12-1 far exceed said amount, and result from assessments made by the Miami-Dade County Property Appraiser based on what Debtor reported to the Property Appraiser as owned and valued.

5.    Therefore, Tax Collector, while he does not object to the sale, does clarify that the acceptance of $11,422.74 is not considered by him to be in full satisfaction of Claim 12-1. Rather, said payment will be subtracted from the amount of the claim, and if is expected that the parties will resolve through the claims process any issues arising as to the balance owed.

**WHEREFORE**, Miami-Dade County Tax Collector requests that any Order entered approving the Motion clarify that the payment of $11,422.74 is a partial payment of Claim 12-1, and is not to be deemed payment in satisfaction of said claim.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(B)(3).*

Respectfully submitted,

R. A. CUEVAS, JR.
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL  33128


By:___/s/____Melinda S. Thornton_____
    Melinda S. Thornton
    Assistant County Attorney
    Florida Bar No. 261262
    Telephone:  (305) 375-5151
    Facsimile:   (305) 375-5611

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically upon all parties by mail registered to accept electronic service in this matter, and by Facsimile, E-mail and U.S. mail upon: **PETER D. RUSSIN, ESQ.,** (prussin@melandrussin.com) **and DANIEL N. GONZALEZ, ESQ.,** (dgonzalez@melandrussin.com), Meland Russin & Budwick, P.A., 3000 Southeast Financial Center, 200 South Biscayne Boulevard, Miami, FL 33131 (Fax.: (305) 358-1221); and the **U.S. TRUSTEE'S OFFICE**, Attn: **STEVEN D. SCHNEIDERMAN, ASSISTANT UNITED STATES TRUSTEE,** (Steven.D.Schneiderman@usdoj.gov), 1204 Claude D. Pepper Federal Building, 51 S.W. First Avenue, Miami, FL 33130 (Fax: (305) 536-7360) , this ___26th___ day of _____July_____, 2011.

By:_____ /s/ Melinda S. Thornton_____
Melinda S. Thornton

3