

**ORDERED in the Southern District of Florida on September 07, 2011.**

                                               **Robert A. Mark, Judge**
                                               **United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:

INNOVIDA HOLDINGS, LLC,                     Case No. 11-17702-RAM
*et al.*,                                                Chapter 11

      Debtors.                              Jointly Administered
_____/

In re:

                                               Chapter 11
CLAUDIO ELEAZAR OSORIO
and AMARILIS MORAN OSORIO,           Case No. 11-17075-BKC-RAM

      Debtors.
_____/

**ORDER DENYING TRUSTEE'S MOTION TO CONVERT CASES
AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

The Court conducted a hearing on August 30, 2011 on Mark Meland's ("*Trustee*") Motion to Convert Cases [ECF No. 144 in Case No. 11-17702] and Motion to Compel Production of Documents [ECF No. 145 in Case No. 11-17702]. The Court was advised that the Trustee and the Osorios, with the active involvement of the Official Committee of Unsecured

{Firm Clients/3412/3412-1/00961736.DOCX.}

Creditors, agreed upon a form of term sheet for a potential Chapter 11 plan to be filed by the Osorios during recess on August 30, 2011 ("**Term Sheet**").  Accordingly, it is:

**ORDERED** as follows:

1. The Motion to Convert and Motion to Compel Production of Documents are denied without prejudice.

2. The Osorios shall file a plan of reorganization and disclosure statement in conformance with the terms of the Term Sheet by no later than September 15, 2011.  The failure to do so will result in the Court entering a separate order converting the individual case to Chapter 7.

###

**Submitted By:**
Jonathan S. Feldman, Esquire
Fla. Bar No: 12682
jfeldman@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
Counsel for Chapter 11 Trustee
3000 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone:     (305) 358-6363
Telefax:          (305) 358-1221

**Copies Furnished To:**
Jonathan S. Feldman, Esquire, is directed to serve copies of this Order on all parties in interest and to file a Certificate of Service.