SPV
Projected Cash flow for 36 months (after comencement)

| | Total | Pre-Effective Date | Effective Date | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Cash Inflows* | | | | | | | | | | | | | | | |
| Cash At the Beginning of each Period | | 0 | 2,770,134 | 100,000 | 75,000 | 929,277 | 3,150,156 | 10,747,947 | 8,392,288 | 856,525 | 4,981,013 | 4,242,750 | 7,504,488 | 1,198,725 | 77,212 |
| Sale Of Personal Properties (*) | 4,170,134 | 2,670,134 | 1,500,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sale Of Personal Properties to provide working capital to SPV (*) | 100,000 | 100,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ABC loan into SPV vehicle | 2,000,000 | 0 | 0 | 0 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 0 | 0 | 0 |
| House Sales (The Americas and Africa) | 58,079,755 | 0 | 0 | 0 | 1,358,950 | 3,561,215 | 1,861,190 | 1,127,940 | 1,327,940 | 2,261,190 | 2,341,190 | 2,341,190 | 1,357,940 | 1,357,940 | 1,157,940 |
| Sale Of Factories | 123,800,000 | 0 | 0 | 0 | 0 | 0 | 7,000,000 | 0 | 1,300,000 | 5,000,000 | 1,000,000 | 5,000,000 | 3,000,000 | 2,000,000 | 5,000,000 |
| House Sales (Asia and Middle East) | 15,813,975 | 0 | 0 | 0 | 942,750 | 231,985 | 326,260 | 326,260 | 326,260 | 1,269,010 | 326,260 | 326,260 | 326,260 | 326,260 | 326,260 |
| *Total Cash Inflows* | 203,963,864 | 2,770,134 | 4,270,134 | 100,000 | 2,626,700 | 4,972,477 | 12,587,606 | 12,452,147 | 11,596,488 | 9,636,725 | 8,898,463 | 12,160,200 | 12,188,688 | 4,882,925 | 6,561,412 |
| *Cost of goods sold* | | | | | | | | | | | | | | | |
| Cost Of Macchinery on Factory Sales | 66,640,000 | 0 | 0 | 0 | 0 | 0 | 0 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 |
| Cost Of Raw Materials on House Sales (Asia and Middle East) | 10,721,474 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 |
| Cost Of Raw Materials on House Sales (The Americas and Africa) | 45,022,110 | 0 | 0 | 0 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 |
| *Total cost of Raw Materials* | 122,383,584 | **0** | **0** | **0** | **1,286,346** | **1,286,346** | **1,286,346** | **3,368,846** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** |
| *Direct labor costs* | | | | | | | | | | | | | | | |
| Cost Of direct labor on Factory Sales (Included on SPV SG&A) | 572,187 | 0 | 0 | 0 | 0 | 0 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 |
| Cost Of direct labor on House Sales (Asia and Middle East) | 846,518 | 0 | 0 | 0 | 0 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 |
| Cost Of direct labor on House Sales (The Americas and Africa) | 2,393,960 | 0 | 0 | 0 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 |
| *Total Direct Labor costs* | 3,812,666 | **0** | **0** | **0** | **68,399** | **93,296** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** |
| *Other manufacturing costs* | | | | | | | | | | | | | | | |
| Other manufacturing costs on Factory Sales | 744,160 | 0 | 0 | 0 | 0 | 0 | 0 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 |
| Other manufacturing costs on House Sales (Asia and Middle East) | 737,328 | 0 | 0 | 0 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 |
| Other manufacturing costs on House Sales (The Americas and Africa) | 2,206,155 | 0 | 0 | 0 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 |
| *Total Other Manufacturing Costs* | 3,687,643 | **0** | **0** | **0** | **84,100** | **84,100** | **84,100** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** |
| **Cash Generated (used) after cost of sales** | 74,079,972 | 2,770,134 | 4,270,134 | 100,000 | 1,187,856 | 3,508,735 | 11,106,525 | 8,865,311 | 7,663,798 | 5,704,035 | 4,965,773 | 8,227,510 | 8,255,998 | 950,235 | 2,628,722 |
| *Selling, general & administrative expenses (SG&A)* | | | | | | | | | | | | | | | |
| SPV (SG&A) America & Africa (Incl Fact & Home Sales Teams) | 3,662,208 | 0 | 0 | 0 | 0 | 0 | 0 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 |
| SPV (SG&A) Asia and Middle East (Incl Fact & Home Sales Teams) | 3,816,538 | 0 | 0 | 25,000 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 |
| Construction Teams (Asia and Middle East)  (SG&A) | 1,606,673 | 0 | 0 | 0 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 |
| Construction Teams (The Americas and Africa) (SG&A) | 3,652,042 | 0 | 0 | 0 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 |
| *Total SG&A expenses* | 12,737,462 | **0** | **0** | **25,000** | **258,579** | **258,579** | **258,579** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** |
| *Research And Development Costs (R&D)* | 13,300,000 | | | | | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 250,000 | 250,000 |
| *Net cash flow from operations* | 48,042,510 | 2,770,134 | 4,270,134 | 75,000 | 929,277 | 3,150,156 | 10,747,947 | 8,392,288 | 7,190,775 | 5,231,013 | 4,492,750 | 7,754,488 | 7,782,975 | 327,212 | 2,005,700 |
| *Other Cash Uses* | | | | | | | | | | | | | | | |
| Administrative Claims | 1,000,000 | 0 | 1,000,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Class 5, 6 & 7 Creditors | 15,838,634 | 0 | 3,170,134 | 0 | 0 | 0 | 0 | 0 | 6,334,250 | 0 | 0 | 0 | 6,334,250 | 0 | 0 |
| Class 8 Innovida Shareolders | 28,000,000 | | | | | | | | | | | | | | |
| Repayment Of Credit Line | 2,100,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Total other cash uses | 46,938,634 | **0** | **4,170,134** | **0** | **0** | **0** | **0** | **0** | **6,334,250** | **250,000** | **250,000** | **250,000** | **6,584,250** | **250,000** | **250,000** |
| *Total Cash beginning of period* | 0 | 2,670,134 | 2,770,134 | 100,000 | 75,000 | 929,277 | 3,150,156 | 10,747,947 | 8,392,288 | 856,525 | 4,981,013 | 4,242,750 | 7,504,488 | 1,198,725 | 77,212 |
| *Total Cash end of period* | 1,103,876 | 2,770,134 | 100,000 | 75,000 | 929,277 | 3,150,156 | 10,747,947 | 8,392,288 | 856,525 | 4,981,013 | 4,242,750 | 7,504,488 | 1,198,725 | 77,212 | 1,755,700 |

(*) Assumption House is sold for $ 11.0 Mill (See Waterfall Table)
plus Switzerland And Colorado generate $ 1.5 Mill for the state.

| Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,755,700 | 234,187 | 682,439 | 367,662 | 1,349,399 | 2,997,886 | 846,364 | 570,851 | 2,432,589 | 7,294,326 | 922,813 | 2,551,301 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 957,940 | 3,311,215 | 1,108,950 | 1,611,190 | 877,940 | 1,077,940 | 2,011,190 | 2,091,190 | 2,091,190 | 1,357,940 | 1,357,940 | 1,157,940 |
| 2,000,000 | 5,000,000 | 3,000,000 | 3,600,000 | 5,000,000 | 5,000,000 | 1,000,000 | 4,000,000 | 7,000,000 | 500,000 | 4,500,000 | 3,000,000 |
| 326,260 | 942,750 | 231,985 | 326,260 | 326,260 | 326,250 | 1,269,010 | 326,260 | 326,260 | 326,260 | 326,260 | 326,260 |
| **5,039,900** | **9,488,152** | **5,023,374** | **5,905,112** | **7,553,599** | **9,402,076** | **5,126,564** | **6,988,301** | **11,850,039** | **9,478,526** | **7,107,013** | **7,035,501** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 |
| 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 |
| 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 |
| **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 |
| 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 |
| 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 |
| **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 |
| 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 |
| 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 |
| **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 1,107,210 | 5,555,462 | 1,090,684 | 1,972,422 | 3,620,909 | 5,469,386 | 1,193,874 | 3,055,611 | 7,917,349 | 5,545,836 | 3,174,323 | 3,102,811 |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 |
| 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 |
| 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 |
| 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 |
| **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 484,187 | 4,932,439 | 467,662 | 1,349,399 | 2,997,886 | 4,846,364 | 570,851 | 2,432,589 | 7,294,326 | 4,922,813 | 2,551,301 | 2,479,788 |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 4,000,000 | 0 | 0 | 0 | 4,000,000 | 0 | 0 | 0 | 4,000,000 | 0 | 0 |
| 250,000 | 250,000 | 100,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **250,000** | **4,250,000** | **100,000** | **0** | **0** | **4,000,000** | **0** | **0** | **0** | **4,000,000** | **0** | **0** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 1,755,700 | 234,187 | 682,439 | 367,662 | 1,349,399 | 2,997,886 | 846,364 | 570,851 | 2,432,589 | 7,294,326 | 922,813 | 2,551,301 |
| **234,187** | **682,439** | **367,662** | **1,349,399** | **2,997,886** | **846,364** | **570,851** | **2,432,589** | **7,294,326** | **922,813** | **2,551,301** | **2,479,788** |

| Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2,479,788 | 708,275 | 704,263 | 3,191,750 | 4,073,487 | 5,221,975 | 970,452 | 1,694,940 | 3,056,677 | 5,418,414 | 1,046,902 | 2,675,389 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 957,940 | 1,108,950 | 3,311,215 | 1,611,190 | 877,940 | 1,077,940 | 2,011,190 | 2,091,190 | 2,091,190 | 1,357,940 | 1,357,940 | 1,157,940 |
| 2,000,000 | 7,000,000 | 4000000 | 4,000,000 | 5,000,000 | 3,400,000 | 2,500,000 | 4,000,000 | 5,000,000 | 3,000,000 | 5,000,000 | 6,000,000 |
| 326,260 | 942,750 | 231,985 | 326,260 | 326,260 | 326,250 | 1,269,010 | 326,260 | 326,260 | 326,260 | 326,260 | 326,260 |
| **5,763,988** | **9,759,975** | **8,247,463** | **9,129,200** | **10,277,687** | **10,026,165** | **6,750,652** | **8,112,390** | **10,474,127** | **10,102,614** | **7,731,102** | **10,159,589** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 | 2,082,500 |
| 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 | 345,854 |
| 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 | 1,286,346 |
| **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** | **3,714,700** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 | 17,339 |
| 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 | 24,898 |
| 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 | 68,399 |
| **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** | **110,635** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 | 23,255 |
| 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 | 21,067 |
| 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 | 63,033 |
| **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** | **107,355** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| **1,831,298** | **5,827,285** | **4,314,773** | **5,196,510** | **6,344,997** | **6,093,475** | **2,817,962** | **4,179,700** | **6,541,437** | **6,169,924** | **3,798,412** | **6,226,899** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 |
| 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 | 108,330 |
| 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 | 45,905 |
| 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 | 104,344 |
| **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** | **373,023** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 |
|  |  |  |  |  |  |  |  |  |  |  |  |
| **708,275** | **4,704,263** | **3,191,750** | **4,073,487** | **5,221,975** | **4,970,452** | **1,694,940** | **3,056,677** | **5,418,414** | **5,046,902** | **2,675,389** | **5,103,876** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 4,000,000 | 0 | 0 | 0 | 4,000,000 | 0 | 0 | 0 | 4,000,000 |  | 4,000,000 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **0** | **4,000,000** | **0** | **0** | **0** | **4,000,000** | **0** | **0** | **0** | **4,000,000** | **0** | **4,000,000** |
|  |  |  |  |  |  |  |  |  |  |  |  |
| 2,479,788 | 708,275 | 704,263 | 3,191,750 | 4,073,487 | 5,221,975 | 970,452 | 1,694,940 | 3,056,677 | 5,418,414 | 1,046,902 | 2,675,389 |
| **708,275** | **704,263** | **3,191,750** | **4,073,487** | **5,221,975** | **970,452** | **1,694,940** | **3,056,677** | **5,418,414** | **1,046,902** | **2,675,389** | **1,103,876** |