**Cash inflow detail**

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 |
|---|---|---|---|---|---|
| **Credit Line** | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| | | | | | |
| **Sales of Houses (The Americas & Africa)** | | | | | |
| Project A downpayment | 733,250 | 733,250 | 733,250 | 0 | 0 |
| Project A progress payments | 125,700 | 307,965 | 527,940 | 527,940 | 527,940 |
| Project B | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Project C down payment | | 1,920,000 | | | |
| Project C progress payments | | | | | 200,000 |
| Other countries | | 100,000 | 100,000 | 100,000 | 100,000 |
| Projects underway | | | | | |
| total | 1,358,950 | 3,561,215 | 1,861,190 | 1,127,940 | 1,327,940 |
| | | | | | |
| **IMEL** | | | | | |
| | | | | | |
| Other countries | | 100,000 | 100,000 | 100,000 | 100,000 |
| Project A progress payment | | 131,985 | 226,260 | 226,260 | 226,260 |
| Project A downpayment | 942,750 | | | | |
| total | 942,750 | 231,985 | 326,260 | 326,260 | 326,260 |
| | | | | | |
| **Sales Of Factories** | | | | | |
| Factory A | | | 8,000,000 | | |
| Factory B | | | | | 1,300,000 |
| total | 0 | 0 | 8,000,000 | 0 | 1,300,000 |

**Details**

Project A contract is 15,712,500 for 1000 houses or 15,712.50 per house. Payment is for 2 tranches of 500 each. For ea
before manufacturing begins and then production should be 80 houses per month. Payment for each group of 80 is 10%
following month and 25% upon construction completion in following month

| | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 |
|---|---|---|---|---|---|---|
| 500 houses in each trache | 500 | 80 | 80 | 80 | 80 | 80 |
| price per house | | 15,713 | | | | |
| Down payment | | 3,142,500 | | | | |
| shipping payment 10% | | 125,700 | 125,700 | 125,700 | 125,700 | 125,700 |
| receiving payment 25% | | | 314,250 | 314,250 | 314,250 | 314,250 |
| construction payment 25% | | | | 314,250 | 314,250 | 314,250 |
| | | 125,700 | 439,950 | 754,200 | 754,200 | 754,200 |

Project C contract is for 150 homes of a larger size than Project A. The homes will sell for 32,000 and be paid 40% down
when they arrive and 10% when constructed.

| | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 |
|---|---|---|---|---|---|---|
| 150 houses | 150 | | | | | 25 |
| price per house | 32,000 | | | | | |
| Down payment | | | 1,920,000 | | | |
| shipping payment 25% | | | | | | 200,000 |
| receiving payment 25% | | | | | | |
| construction payment 10% | | | | | | |
| total | | 0 | 1,920,000 | 0 | 0 | 200,000 |

| Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 | total |
|---|---|---|---|---|---|---|---|
| 250,000 | 250,000 | 250,000 | | | | | 2,000,000 |
| | | | | | | | |
| 733,250 | 733,250 | 733,250 | 0 | 0 | 0 | 0 | 4,399,500 |
| 527,940 | 527,940 | 527,940 | 527,940 | 527,940 | 527,940 | 527,940 | 5,713,065 |
| 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 3,000,000 |
| | | | | | | | 1,920,000 |
| 400,000 | 480,000 | 480,000 | 480,000 | 480,000 | 280,000 | 80,000 | 2,880,000 |
| 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 1,100,000 |
| 2,261,190 | 2,341,190 | 2,341,190 | 1,357,940 | 1,357,940 | 1,157,940 | 957,940 | 21,012,565 |
| | | | | | | | |
| 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 1,100,000 |
| 226,260 | 226,260 | 226,260 | 226,260 | 226,260 | 226,260 | 226,260 | 2,394,585 |
| 942,750 | | | | | | | 1,885,500 |
| 1,269,010 | 326,260 | 326,260 | 326,260 | 326,260 | 326,260 | 326,260 | 5,380,085 |
| | | | | | | | 0 |
| 5,000,000 | | 5,000,000 | | 2,000,000 | | | 20,000,000 |
| | | | | | | | 1,300,000 |
| 5,000,000 | 0 | 5,000,000 | 0 | 2,000,000 | 0 | 0 | 21,300,000 |

ch tranche payment is 40% one month
when shipped, 25% upon arrival in

| 80 | 80 | 80 | 80 | 80 | 80 | 80 | |
| 3,142,500 | | | | | | | 6,285,000 |
| 125,700 | 125,700 | 125,700 | 125,700 | 125,700 | 125,700 | 125,700 | 1,508,400 |
| 314,250 | 314,250 | 314,250 | 314,250 | 314,250 | 314,250 | 314,250 | 3,456,750 |
| 314,250 | 314,250 | 314,250 | 314,250 | 314,250 | 314,250 | 314,250 | 3,142,500 |
| 754,200 | 754,200 | 754,200 | 754,200 | 754,200 | 754,200 | 754,200 | 14,392,650 |

, 25% when shipped, 25%

| 25 | 25 | 25 | 25 | 25 | | | 150 |
| 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | | | 1,200,000 |
| 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | | 1,200,000 |
| | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 80,000 | 480,000 |
| 400,000 | 480,000 | 480,000 | 480,000 | 480,000 | 280,000 | 80,000 | 4,800,000 |