# SPV
## Operating Expense Budget

|  |  | Monthly |
|---|---|---:|
|  | *Selling, general & administrative expenses* |  |
| 12 | Salaries, commissions, & bonuses | 30,833 |
| 13 | Payroll taxes | 2,439 |
| 13a | Employee benefits | 3,563 |
| 12a | Contract employees | 0 |
| 14 | Travel expenses | 1,500 |
| 15 | Professional fees | 30,000 |
| 16 | Occupancy expenses (rent and parking) | 0 |
| 16a | Telecom (includes network services) | 13,135 |
| 17 | Office expenses | 26,549 |
| 18a | R&D expenses | 0 |
| 18 | Marketing expenses | 0 |
| 16b | Taxes, licenses, and fees | 0 |
| 20 | Depreciation | 0 |
| 19 | Miscellaneous expenses | 0 |
|  | *Total SG&A expenses* | **108,020** |
|  |  |  |
|  | *Indirect expenses* |  |
| 21 | Interest expense | 0 |
| 24 | Sales tax | 310 |
|  | *Total Indirect expenses* | **310** |
|  |  |  |
|  | *Total Operating Expenses* | **108,330** |