| Creditor/Plan Analysis RE SALE OF EXISTING HOMESTEAD | Case 11-17702-RAM Doc 303-4 Filed 09/15/11 Page 1 of 1 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $10,000,000.00 | $10,500,000.00 | $11,000,000.00 | $11,500,000.00 | $12,000,000.00 | $12,500,000.00 | $13,000,000.00 | $13,500,000.00 | $14,000,000.00 | $14,500,000.00 | $15,000,000.00 |
| Mortgages | ($7,100,000.00) | ($7,100,000.00) | ($7,100,000.00) | ($7,100,000.00) | ($7,100,000.00) | ($7,100,000.00) | ($7,100,000.00) | ($7,100,000.00) | ($7,100,000.00) | ($7,100,000.00) | ($7,100,000.00) |
| Buyer's Premium Reimbursement (1.5%) | 150,000.00 | 157,500.00 | 165,000.00 | 172,500.00 | 180,000.00 | 187,500.00 | 195,000.00 | 202,500.00 | 210,000.00 | 217,500.00 | 225,000.00 |
| Stamp Taxes | ($60,000.00) | ($60,000.00) | ($60,000.00) | ($60,000.00) | ($60,000.00) | ($60,000.00) | ($60,000.00) | ($60,000.00) | ($60,000.00) | ($60,000.00) | ($60,000.00) |
| Balance | $2,990,000.00 | $3,497,500.00 | $4,005,000.00 | $4,512,500.00 | $5,020,000.00 | $5,527,500.00 | $6,035,000.00 | $6,542,500.00 | $7,050,000.00 | $7,557,500.00 | $8,065,000.00 |
| | | | | | | | | | | | |
| Net Avail for Distribution | $2,990,000.00 | $3,497,500.00 | $4,005,000.00 | $4,512,500.00 | $5,020,000.00 | $5,527,500.00 | $6,035,000.00 | $6,542,500.00 | $7,050,000.00 | $7,557,500.00 | $8,065,000.00 |
| | | | | | | | | | | | |
| Distributions | | | | | | | | | | | |
| Payment to Creditors from Star Island Sale | $2,065,000.00 | $2,331,783.25 | $2,670,133.50 | $3,008,483.75 | $3,346,834.00 | $3,685,184.25 | $4,023,534.50 | $4,361,884.75 | $4,700,235.00 | $5,038,585.25 | $5,376,935.50 |
| As a % of Proceeds for Distribution | 67% | 67% | 67% | 67% | 67% | 67% | 67% | 67% | 67% | 67% | 67% |
| Est. Proceeds from Switzerland & Colorado | $1,500,000.00 | $1,500,000.00 | $1,500,000.00 | $1,500,000.00 | $1,500,000.00 | $1,500,000.00 | $1,500,000.00 | $1,500,000.00 | $1,500,000.00 | $1,500,000.00 | $1,500,000.00 |
| Total Downstroke Plan from Real Estate | $3,565,000.00 | $3,831,783.25 | $4,170,133.50 | $4,508,483.75 | $4,846,834.00 | $5,185,184.25 | $5,523,534.50 | $5,861,884.75 | $6,200,235.00 | $6,538,585.25 | $6,876,935.50 |
| Mortgage granted by Debtors | $462,500.00 | $582,858.38 | $667,433.25 | $752,008.13 | $836,583.00 | $921,157.88 | $1,005,732.75 | $1,090,307.63 | $1,174,882.50 | $1,259,457.38 | $1,344,032.25 |
| Total Resources from Debtors at Confirmation | $4,027,500.00 | $4,414,641.63 | $4,837,566.75 | $5,260,491.88 | $5,683,417.00 | $6,106,342.13 | $6,529,267.25 | $6,952,192.38 | $7,375,117.50 | $7,798,042.63 | $8,220,967.75 |