Innovida Holdings and Fully owned subsidiaries (Excluding CO)
## Cash Flow detail Years 2005 to 2011

| Year | Total | Yr 2005 | Yr 2006 |
|---|---|---|---|

**INFLOWS**

**(A) Investment**
**Innovida Inc (R&D Phase)**

| | Total | Yr 2005 | Yr 2006 |
|---|---|---|---|
| Engin Yesil | 8,300,000 | | |
| Serenity Holdings (M. Moukkadem) | 5,000,000 | | |
| Al-Safeer | 10,000,000 | | |
| **Total Investment R&D Phase** | **23,300,000** | | |

**Innovida Llc (Start-Up Phase)**

| | Total | Yr 2005 | Yr 2006 |
|---|---|---|---|
| Harlan Waksal | 100,000 | | |
| Bernie Carballo | 25,000 | | |
| Xiynong NIe | 200,000 | | |
| C&C Boozer | 1,000,000 | | |
| Mytre Investments (A. Mourning) | 237,000 | | |
| The E-Group (H&T. Eiseley) | 1,500,000 | | |
| A. Rabin (Documented in 2010) | 1,000,000 | | |
| Chris Korge (312.5 K in 2009) | 4,012,500 | | |
| **Total Investment (Start-Up Phase)** | **8,074,500** | | |

**(B) Loans**

| | Total | Yr 2005 | Yr 2006 |
|---|---|---|---|
| Coral Holdings (For Miami factory) | 3,700,000 | | |
| Dwight Howard (For Miami factory) | 1,750,000 | | |
| Coral Holdings | 1,500,000 | | |
| Bernie Carballo | 1,000,000 | | |
| Harlan Waksal | 1,000,000 | | |
| OPIC | 3,300,000 | | |
| A. Rabin | 749,000 | | |
| **Total Loans** | **12,999,000** | | |

**(C) Innovida Factories Revenue**

| | Total | Yr 2005 | Yr 2006 |
|---|---|---|---|
| UAE #1 | 3,500,000 | | |
| OMAN | 2,800,000 | | |
| INDIA | 2,800,000 | | |
| TURKEY (Factory moved to Aruba) | 2,800,000 | | |
| MIAMI | | | |
| ARUBA (Factory moved to China) | | | |
| TANZANIA (Dispute) | 2,000,000 | | |
| TANZANIA MARE VILLAGE (Dispute) | 2,000,000 | | |
| CHINA (Dispute) | 4,300,000 | | |
| UAE # 2 (Shareholder contribution) | | | |
| ANGOLA | 3,000,000 | | |
| BRAZIL | 3,000,000 | | |
| **Total Factory Revenue** | **26,200,000** | | |

**(D) Raw Materials Revenue**

| | |
|---|---|
| UAE #1 | 1,500,000 |
| OMAN | 1,500,000 |
| INDIA | 1,500,000 |
| TURKEY (Factory moved to Aruba) | |
| MIAMI | |
| ARUBA (Factory moved to China) | |
| TANZANIA (Dispute) | |
| CHINA (Dispute) | |
| UAE # 2 (Shareholder contribution) | |
| ANGOLA | |
| BRAZIL | |
| **Total Raw Materials Revenue** | **4,500,000** |

| | |
|---|---|
| **Total CASH INFLOW (D14 + D25 + D35 +D50 + D64)** | **75,073,500** |

| | Year | Total | Yr 2005 | Yr 2006 |
|---|---|---|---|---|

**OUTFLOWS**

**OPEX + R&D + Testing Expense**

| | Total | Yr 2005 | Yr 2006 |
|---|---|---|---|
| Opex | 40,000,000 | 6,000,000 | 6,000,000 |
| Interest Expense | 235,000 | | |
| R&D Costs (SWJ) | 16,500,000 | 5,000,000 | 5,000,000 |
| Tests And Materials (Pistorino, NTA, etc) | 6,000,000 | 1,500,000 | 1,500,000 |
| Inventor | 1,967,000 | | 1,000,000 |
| **Total OPEX + R&D + Testing Expense** | **64,702,000** | **12,500,000** | **13,500,000** |

**Cost of Materials for Factory Intstallation**

| | |
|---|---|
| Cost of Materials of UAE #1 | 3,500,000 |
| Cost of Materials of OMAN | 1,700,000 |
| Cost of Materials of INDIA | 1,700,000 |
| Cost of Materials of TURKEY (Factory moved to Aruba) | 1,700,000 |
| Cost of Materials of MIAMI | 3,000,000 |
| Cost of Materials of ARUBA (Factory moved to China) | |
| Cost of Materials of TANZANIA (Dispute) | 1,500,000 |
| Cost of Materials of CHINA (Dispute) | |
| Cost of Materials of UAE # 2 (Shareholder contribution) | 2,000,000 |
| Cost of Materials of ANGOLA | 1,300,000 |
| **Total Cost Of Materials for Factory Installation** | **16,400,000** |

**Cost of Raw Materials**

| | |
|---|---|
| Cost of Raw Materials of UAE #1 | 4,025,000 |
| Cost of Raw Materials of OMAN | 498,000 |
| Cost of Raw Materials of INDIA | 355,000 |
| Cost of Raw Materials of TURKEY (Factory moved to Aı | 306,000 |
| Cost of Raw Materials of MIAMI | 533,000 |
| Cost of Raw Materials of ARUBA (Factory moved to Chi | 140,000 |
| Cost of Raw Materials of TANZANIA (Dispute) | 1,150,000 |
| Cost of Raw Materials of CHINA (Dispute) | |
| Cost of Raw Materials of UAE # 2 (Shareholder contribution) | |
| Cost of Raw Materials of ANGOLA | |

| | | | |
|---|---|---|---|
| **Total Cost of Raw Materials** | 7,007,000 | | |
| | | | |
| **Refunds/Investments/Loans provided to Affiiates** | | | |
| Refund Turkey Factory | 2,800,000 | | |
| Investment on IMEL (In excess of factory value) | 5,000,000 | | |
| Investment on Innorez | 250,000 | | |
| Loans to IMEL (UAE) | 3,000,000 | | |
| Loans to Innovida SouthEast | 4,700,000 | | |
| Mare Village executed budget | 2,000,000 | | |
| **Total Refunds/Investments/Loans provided to Affiiat** | 17,750,000 | | |
| | | | |
| **Total CASH OUTFLOW (D78 + D91 + D104 + D113)** | 105,859,000 | 12,500,000 | 13,500,000 |
| | | | |
| **Total CASH FLOW (D66 - D115)** | (30,785,500) | (12,500,000) | (13,500,000) |

| | Yr 2005 | Yr 2006 |
|---|---|---|
| **Avg. Monthly Cash Inflow** | | |
| **Avg. Monthly Cash Outflow** | (1,041,667) | (1,125,000) |

| Yr 2007 | Yr 2008 | Yr 2009 | Yr 2010 | Y2011 |
|---|---|---|---|---|
| 8,300,000 | | | | |
| 2,000,000 | 3,000,000 | | | |
| | 10,000,000 | | | |
| **10,300,000** | **13,000,000** | | | |
| | | 100,000 | | |
| | | 25,000 | | |
| | | 200,000 | | |
| | | 1,000,000 | | |
| | 237,000 | | | |
| | 1,500,000 | | | |
| | | 1,000,000 | | |
| | | | 4,012,500 | |
| | **1,737,000** | **2,325,000** | **4,012,500** | |
| | 1,500,000 | 2,200,000 | | |
| | 1,750,000 | | | |
| | | 1,500,000 | | |
| | | 1,000,000 | | |
| | | 1,000,000 | | |
| | | | 3,300,000 | |
| | | | 749,000 | |
| | **3,250,000** | **5,700,000** | **4,049,000** | |
| 3,500,000 | | | | |
| | 2,800,000 | | | |
| | 2,800,000 | | | |
| | 2,800,000 | | | |
| | | 2,000,000 | | |
| | | 2,000,000 | | |
| | | 4,300,000 | | |
| | | 3,000,000 | | |
| | | | 1,000,000 | 2,000,000 |
| **3,500,000** | **8,400,000** | **11,300,000** | **1,000,000** | **2,000,000** |

| | | | | |
|---|---|---|---|---|
| 1,500,000 | | | | |
| | 1,500,000 | | | |
| | 1,500,000 | | | |

| | | | | |
|---|---|---|---|---|
| **1,500,000** | **3,000,000** | | | |

| | | | | |
|---|---|---|---|---|
| **15,300,000** | **29,387,000** | **19,325,000** | **9,061,500** | **2,000,000** |

| Yr 2007 | Yr 2008 | Yr 2009 | Yr 2010 | Y2011 |
|---|---|---|---|---|
| 6,000,000 | 7,000,000 | 8,000,000 | 6,000,000 | 1,000,000 |
| | 30,000 | 70,000 | 120,000 | 15,000 |
| 5,000,000 | 750,000 | 250,000 | 250,000 | 250,000 |
| 1,500,000 | 750,000 | 250,000 | 250,000 | 250,000 |
| 667,000 | | 300,000 | | |
| **13,167,000** | **8,530,000** | **8,870,000** | **6,620,000** | **1,515,000** |

| | | | | |
|---|---|---|---|---|
| 3,500,000 | | | | |
| | 1,700,000 | | | |
| | 1,700,000 | | | |
| | 1,700,000 | | | |
| | | 3,000,000 | | |
| | | 1,500,000 | | |
| | | 2,000,000 | | |
| | | 1,300,000 | | |
| **3,500,000** | **5,100,000** | **7,800,000** | | |

| | | | | |
|---|---|---|---|---|
| 2,567,000 | 530,000 | 856,000 | 72,000 | |
| | 498,000 | | | |
| | 355,000 | | | |
| | 306,000 | | | |
| | 533,000 | | | |
| | 140,000 | | | |
| | 1,150,000 | | | |

| | | | | |
|---:|---:|---:|---:|---:|
| 2,567,000 | 3,512,000 | 856,000 | 72,000 | |
| | | 2,800,000 | | |
| | | 5,000,000 | | |
| | | | 250,000 | |
| | | 1,500,000 | 1,500,000 | |
| | 1,500,000 | 1,500,000 | 1,500,000 | 200,000 |
| | | 2,000,000 | | |
| | 1,500,000 | 12,800,000 | 3,250,000 | 200,000 |
| 16,667,000 | 15,130,000 | 29,470,000 | 9,870,000 | 1,715,000 |
| (1,367,000) | 14,257,000 | (10,145,000) | (808,500) | 285,000 |

| Yr 2007 | Yr 2008 | Yr 2009 | Yr 2010 | Y2011 |
|---:|---:|---:|---:|---:|
| 1,275,000 | 2,448,917 | 1,610,417 | 755,125 | 1,000,000 |
| (1,388,917) | (1,260,833) | (2,455,833) | (822,500) | (142,917) |