Innovida Holdings Inc (before tax optimization plan and Innovida Holdings Llc were in place)
### Cash flow detail for the R&D phase (2005 to 1st half of 2008)
(Excludes CO)

| Year | Total | Yr 2005 | Yr 2006 | Yr 2007(*) | Yr 2008 |
|---|---|---|---|---|---|
| **INFLOWS** | | | | | |
| **Investment** | | | | | |
| | | | | | |
| **Innovida Inc (R&D Phase)** | | | | | |
| Engin Yesil | | | | 8,300,000 | |
| Serenity Holdings (M. Moukkadem) | | | | 2,000,000 | 3,000,000 |
| Al-Safeer | | | | | 10,000,000 |
| **Total Investment R&D Phase** | **23,300,000** | | | **10,300,000** | **13,000,000** |
| | | | | | |
| **Innovida Factories Revenue** | | | | | |
| UAE #1 | | | | 3,500,000 | |
| **Total Factory Revenue** | **3,500,000** | | | **3,500,000** | |
| | | | | | |
| **Raw Materials Revenue** | | | | | |
| UAE #1 | | | | 1,500,000 | |
| **Total Raw Materials Revenue** | **1,500,000** | | | **1,500,000** | |
| | | | | | |
| **Total CASH INFLOW (D13 + D17 + D21** | **28,300,000** | | | **15,300,000** | **13,000,000** |
| | | | | | |
| **OUTFLOWS** | | | | | |
| **Research & Development Outflows** | | | | | |
| Opex | 21,000,000 | 6,000,000 | 6,000,000 | 6,000,000 | 3,000,000 |
| R&D Costs | 15,500,000 | 5,000,000 | 5,000,000 | 5,000,000 | 500,000 |
| Tests And Materials | 5,000,000 | 1,500,000 | 1,500,000 | 1,500,000 | 500,000 |
| Inventor | 1,667,000 | 1,000,000 | 667,000 | | |
| | | | | | |
| Cost of Materials of UAE #1 | 3,500,000 | | | 3,500,000 | |
| Cost of Raw Materials UAE # 1 | 3,097,000 | | | 2,567,000 | 530,000 |
| | | | | | |
| **Total CASH OUTFLOW (D35)** | **49,764,000** | **13,500,000** | **13,167,000** | **18,567,000** | **4,530,000** |
| | | | | | |
| **CASH FLOW (D23 - D35)** | **(21,464,000)** | **(13,500,000)** | **(13,167,000)** | **(3,267,000)** | **8,470,000** |
| | | | | | |
| **Avg. Monthly Cash Inflow** | | | | 1,275,000 | 1,083,333 |
| **Avg. Monthly Cash Outflow** | | (1,125,000) | (1,097,250) | (1,547,250) | (377,500) |

(*) Note: By the time Yesil invests in 2007, company had formula, factory prototype and was in production of social sample houses.

n-

Case 11-17702-RAM Doc 303-6 Filed 09/15/11 Page 2 of 2