Innovida Holdings LLC and Fully owned subsidiaries
**Cash Flow detail for Start Up Phase (2nd Half of 2008 to Feb 2011)**
Excludes CO

| Year | Total | Yr 2008 | Yr 2009 | Yr 2010 | Y2011 |
|---|---:|---:|---:|---:|---:|
| **INFLOWS** | | | | | |
| **Innovida Llc (Start-Up Phase)** | | | | | |
| Harlan Waksal | 100,000 | | 100,000 | | |
| Bernie Carballo | 25,000 | | 25,000 | | |
| Xiynong Nle | 200,000 | | 200,000 | | |
| C&C Boozer | 1,000,000 | | 1,000,000 | | |
| Mytre Investments (A. Mourning) | 237,000 | 237,000 | | | |
| The E-Group (H&T. Eiseley) | 1,500,000 | 1,500,000 | | | |
| A. Rabin (Documented in 2010) | 1,000,000 | | 1,000,000 | | |
| Chris Korge (312.5 K in 2009) | 4,012,500 | | | 4,012,500 | |
| **Total Investment (Start-Up Phase)** | **8,074,500** | **1,737,000** | **2,325,000** | **4,012,500** | |
| | | | | | |
| **Loans** | | | | | |
| Coral Holdings (For Miami factory) | 3,700,000 | 1,500,000 | 2,200,000 | | |
| Dwight Howard (For Miami factory) | 1,750,000 | 1,750,000 | | | |
| Coral Holdings | 1,500,000 | | 1,500,000 | | |
| Bernie Carballo | 1,000,000 | | 1,000,000 | | |
| Harlan Waksal | 1,000,000 | | 1,000,000 | | |
| OPIC | 3,300,000 | | | 3,300,000 | |
| A. Rabin | 749,000 | | | 749,000 | |
| **Total Loans** | **12,999,000** | **3,250,000** | **5,700,000** | **4,049,000** | |
| | | | | | |
| **Innovida Factories Revenue** | | | | | |
| UAE #1 | | | | | |
| OMAN | 2,800,000 | 2,800,000 | | | |
| INDIA | 2,800,000 | 2,800,000 | | | |
| TURKEY (Factory moved to Aruba) | 2,800,000 | 2,800,000 | | | |
| MIAMI | | | | | |
| ARUBA (Factory moved to China) | | | | | |
| TANZANIA (Dispute) | 2,000,000 | | 2,000,000 | | |
| TANZANIA MARE VILLAGE (Dispute) | 2,000,000 | | 2,000,000 | | |
| CHINA (Dispute) | 4,300,000 | | 4,300,000 | | |
| UAE # 2 (Shareholder contribution) | | | | | |
| ANGOLA | 3,000,000 | | 3,000,000 | | |
| BRAZIL | 3,000,000 | | | 1,000,000 | 2,000,000 |
| **Total Factory Revenue** | **22,700,000** | **8,400,000** | **11,300,000** | **1,000,000** | **2,000,000** |
| | | | | | |
| **Raw Materials Revenue** | | | | | |
| UAE #1 | | | | | |
| OMAN | 1,500,000 | 1,500,000 | | | |
| INDIA | 1,500,000 | 1,500,000 | | | |
| TURKEY (Factory moved to Aruba) | | | | | |
| MIAMI | | | | | |
| ARUBA (Factory moved to China) | | | | | |
| TANZANIA (Dispute) | | | | | |
| CHINA (Dispute) | | | | | |
| UAE # 2 (Shareholder contribution) | | | | | |
| ANGOLA | | | | | |
| BRAZIL | | | | | |
| **Total Raw Materials Revenue** | **3,000,000** | **3,000,000** | | | |
| | | | | | |
| **Total CASH INFLOW (C16 + C26 + C40 + C54)** | **46,773,500** | **16,387,000** | **19,325,000** | **9,061,500** | **2,000,000** |
| | | | | | |
| **OUTFLOWS** | | | | | |
| **OPEX R&D + Testing Expense** | | | | | |
| Opex | 19,000,000 | 4,000,000 | 8,000,000 | 6,000,000 | 1,000,000 |
| Interest Expense | 235,000 | 30,000 | 70,000 | 120,000 | 15,000 |
| R&D Costs (SWJ) | 1,000,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Tests And Materials (Pistorino, NTA, etc) | 1,000,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Inventor | 300,000 | | 300,000 | | |
| **Total OPEX + R&D + Testing Expense** | **21,535,000** | **4,530,000** | **8,870,000** | **6,620,000** | **1,515,000** |
| | | | | | |
| **Cost of Materials for Factory Intstallation** | | | | | |
| Cost of Materials of UAE #1 | | | | | |
| Cost of Materials of OMAN | 1,700,000 | 1,700,000 | | | |
| Cost of Materials of INDIA | 1,700,000 | 1,700,000 | | | |
| Cost of Materials of TURKEY (Factory moved to Aruba) | 1,700,000 | 1,700,000 | | | |

| | Total | Yr 2008 | Yr 2009 | Yr 2010 | Y2011 |
|---|---:|---:|---:|---:|---:|
| Cost of Materials of MIAMI | 3,000,000 | | 3,000,000 | | |
| Cost of Materials of ARUBA (Factory moved to China) | | | | | |
| Cost of Materials of TANZANIA (Dispute) | 1,500,000 | | 1,500,000 | | |
| Cost of Materials of CHINA (Dispute) | | | | | |
| Cost of Materials of UAE # 2 (Shareholder contribution) | 2,000,000 | | 2,000,000 | | |
| Cost of Materials of ANGOLA | 1,300,000 | | 1,300,000 | | |
| **Total Cost Of Materials for Factory Installation** | **12,900,000** | **5,100,000** | **7,800,000** | | |
| | | | | | |
| **Cost of Raw Materials** | | | | | |
| Cost of Raw Materials of UAE #1 | 928,000 | | 856,000 | 72,000 | |
| Cost of Raw Materials of OMAN | 498,000 | 498,000 | | | |
| Cost of Raw Materials of INDIA | 355,000 | 355,000 | | | |
| Cost of Raw Materials of TURKEY (Factory moved to Arub | 306,000 | 306,000 | | | |
| Cost of Raw Materials of MIAMI | 533,000 | 533,000 | | | |
| Cost of Raw Materials of ARUBA (Factory moved to China) | 140,000 | 140,000 | | | |
| Cost of Raw Materials of TANZANIA (Dispute) | 1,150,000 | 1,150,000 | | | |
| Cost of Raw Materials of CHINA (Dispute) | | | | | |
| Cost of Raw Materials of UAE # 2 (Shareholder contribution) | | | | | |
| Cost of Raw Materials of ANGOLA | | | | | |
| **Total Cost of Raw Materials** | **3,910,000** | **2,982,000** | **856,000** | **72,000** | |
| | | | | | |
| **Refunds/Investments/Loans provided to Affiiates** | | | | | |
| Refund Turkey Factory | 2,800,000 | | 2,800,000 | | |
| Investment on IMEL (In excess of factory value) | 5,000,000 | | 5,000,000 | | |
| Investment on Innorez | 250,000 | | | 250,000 | |
| Loans to IMEL (UAE) | 3,000,000 | | 1,500,000 | 1,500,000 | |
| Loans to Innovida SouthEast | 4,700,000 | 1,500,000 | 1,500,000 | 1,500,000 | 200,000 |
| Mare Village executed budget | 2,000,000 | | 2,000,000 | | |
| **Total Refunds/Investments/Loans provided to Affiiates** | **17,750,000** | **1,500,000** | **12,800,000** | **3,250,000** | **200,000** |
| | | | | | |
| **Total CASH OUTFLOW (C65 + C78 + C91 + C99)** | **56,095,000** | **11,130,000** | **29,470,000** | **9,870,000** | **1,715,000** |
| | | | | | |
| **CASH FLOW (C56 - C101)** | **(9,321,500)** | **5,257,000** | **#########** | **(808,500)** | **285,000** |

| | Total | Yr 2008 | Yr 2009 | Yr 2010 | Y2011 |
|---|---:|---:|---:|---:|---:|
| **Avg. Monthly Cash Inflow** | | 1,365,583 | 1,610,417 | 755,125 | 1,000,000 |
| **Avg. Monthly Cash Outflow** | | 927,500 | 2,455,833 | 822,500 | 857,500 |