

INNOVIDA FIB SALES

| FIB | Country or city | Region or sub-region | BOM | Raw mat. | Total | Equity on JV | | Raw material shipped |
|---|---|---|---|---|---|---|---|---|
| FIB-AE1 | RAK | Middle East | $ 5,600,000.00 | $ 4,000,000.00 | $ 9,600,000.00 | $ 4,800,000.00 | (*1) | $ 4,024,000.00 |
| FIB-AE2 | Ajman | Middle East | $ 5,600,000.00 | $ 4,000,000.00 | $ 9,600,000.00 | $ 4,800,000.00 | (*2) | |
| FIB-AE3 | Jebel-Ali | Middle East | $ 6,293,250.00 | $ 3,706,750.00 | $ 10,000,000.00 | $ 10,000,000.00 | NEVER BUILT | |
| FIB-OM1 | Oman | Middle East | $ 5,600,000.00 | $ 3,000,000.00 | $ 8,600,000.00 | $ 4,300,000.00 | | $ 498,000.00 |
| FIB-USFL1 | USA | North America | $ 6,138,000.00 | $ 3,000,000.00 | $ 9,138,000.00 | $ 6,200,000.00 | (*3) | $ 533,000.00 |
| FIB-TR1 | Turkey | Europe | $ 5,600,000.00 | $ 3,000,000.00 | $ 8,600,000.00 | $ 4,550,000.00 | | $ 306,000.00 |
| FIB-TZ1 | Tanzania | Africa | $ 8,600,000.00 | $ 3,000,000.00 | $ 11,600,000.00 | $ 4,300,000.00 | (*4) | $ 1,150,000.00 |
| FIB-AO1 | Angola | Africa | $ 8,600,000.00 | $ 3,000,000.00 | $ 11,600,000.00 | $ 4,300,000.00 | | $ - |
| FIB-IN1 | India | Asia | $ 5,600,000.00 | $ 3,000,000.00 | $ 8,600,000.00 | $ 4,300,000.00 | | $ 355,000.00 |
| FIB-CN1 | China | Asia | | | | | | |
| | | Total | $ 57,631,250.00 | $ 29,706,750.00 | $ 87,338,000.00 | $ 47,550,000.00 | | $ 6,866,000.00 |

(*1) Local Partner owes 4.650.000 $ (so his money was provided by us)
(*2) This Factory has been funded 100% by Innc
(*3) In Addition Holdings has spent about 400K more
(*4) Raw material includes Mare Village number

*Period*

2007-2010


2008
2008
2007/2008
2009

2008